# EXHIBIT A

## EXHIBIT A

## APRIL LEWIS

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| BMG Music | Lonestar | I'm Already There | I'm Already There | 298-550 |
| Atlantic Recording Corporation | Trick Daddy | I'm A Thug | Thugs Are Us | 303-748 |
| Arista Records LLC | Outkast | Elevators (Me & You) | Atliens | 233-296 |
| SONY BMG MUSIC ENTERTAINMENT | Will Smith | Getting Jiggy Wit It | Big Willie Style | 249-123 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Paradise | Stronger Than Pride | 93-822 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Tracy Chapman | 92-491 |
| UMG Recordings, Inc. | Avant | Separated | My Thoughts | 281-220 |
| UMG Recordings, Inc. | Ludacris | Move Bitch | Word of Mouf | 304-605 |