# EXHIBIT B

*Kazaa - [Search]*

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| rennbyrd@KaZaA | l cool j-definition-head sprung .mp3 | LL Cool J | 9,846KB | Audio | |
| rennbyrd@KaZaA | 14 - Hey You.mp3 | $1 | 4,396KB | Audio | |
| rennbyrd@KaZaA | 2 - Kelis - Trick Me.mp3 | Kelis | 2,729KB | Audio | |
| rennbyrd@KaZaA | Blaque - 808 (Rap Remix).mp3 | Blaque | 2,738KB | Audio | |
| rennbyrd@KaZaA | Foghat - cat and the cradle.mp3 | Harry Chapin | 3,608KB | Audio | |
| rennbyrd@KaZaA | Come to Boston.mp3 | Harry Chapin | 2,666KB | Audio | |
| rennbyrd@KaZaA | [Techno] Warp Brothers - - Confusion.mp3 | Warp Brothers | 7,036KB | Audio | |
| rennbyrd@KaZaA | Warp Brothers vs Propane - mix.mp3 | Warp Brothers vs. Propa... | 3,274KB | Audio | I See Dead |
| rennbyrd@KaZaA | Total feat. Biggie - Can't You See.mp3 | Total feat Notorious BIG | 4,578KB | Audio | |
| rennbyrd@KaZaA | DJ Baby Anne - Move This.mp3 | DJ Baby Ann | 4,452KB | Audio | |
| rennbyrd@KaZaA | avant - read your mind.wma | Avant | 1,886KB | Audio | |
| rennbyrd@KaZaA | prince - gett off (1).mp3 | Prince And The NPG | 5,306KB | Audio | |
| rennbyrd@KaZaA | Big Tymers-Where Im From (1).wma | Big Tymers | 4,117KB | Audio | |
| rennbyrd@KaZaA | Blaque - Release Me.mp3 | Blaque | 5,015KB | Audio | |
| rennbyrd@KaZaA | jlonas.mp3 | Jennifer Lopez ft. Nas | 3,647KB | Audio | |
| rennbyrd@KaZaA | Mr. Cheeks - Lights, Camera, Action (P Diddy_Missy Eliot... | Unknown | 90KB | Audio | I'm Gonna Mr. Cheeks - Lights, Camera, Act |
| rennbyrd@KaZaA | Rob base - It Takes Two.mp3 | CC Music Factory | 4,263KB | Audio | It Takes Tw |
| rennbyrd@KaZaA | Blaque - Leny.mp3 | Blaque | 4,078KB | Audio | |
| rennbyrd@KaZaA | Timbaland and Magoo - Indian Flute.wma | Timberland and Magoo | 1,006KB | Audio | |
| rennbyrd@KaZaA | Whoodini - The Freaks Come Out At Night.mp3 | Whoodni | 3,337KB | Audio | The Freaks |
| rennbyrd@KaZaA | Prince- Musicology.mp3 | Prince! | 8,257KB | Audio | |
| rennbyrd@KaZaA | three dog night - brandy.mp3 | Three Dog Night | 4,405KB | Audio | |
| rennbyrd@KaZaA | Blaque-Bring it all to Me.mp3 | Blaque | 2,556KB | Audio | |
| rennbyrd@KaZaA | Overnight Celebrity.mp3 | Twista | 5,478KB | Audio | |
| 2 Users | Ludacris - Move Bitch (clean).mp3 | Ludacris | 4,247KB | Audio | |
| rennbyrd@KaZaA | Major Tom.mp3 | David Bowie | 3,354KB | Audio | 20 |
| rennbyrd@KaZaA | RB Mix - Club Hip Hop Mix.mp3 | DJ Scribble | 4,254KB | Audio | |
| rennbyrd@KaZaA | Make it with u - oldie.mp3 | Bread | 3,704KB | Audio | |
| rennbyrd@KaZaA | usher-yesh-confessions.mp3 | usher | 7,165KB | Audio | |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New Search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rembyrd@KaZaA | usher-yeah-confessions.mp3 | usher | 7,189KB | Audio |
| rembyrd@KaZaA | Wayne Toups - Oh What a Night.mp3 | Wayne Toups | 2,296KB | Audio |
| rembyrd@KaZaA | Blaque- Where my Girls at.mp3 | Blaque | 3,279KB | Audio |
| rembyrd@KaZaA | Kentucky Head Hunters - Walk Softly.mp3 | Kentucky Headhunters | 3,542KB | Audio |
| rembyrd@KaZaA | Three Dog Night - Try A Little Tenderness.mp3 | Three Dog Night | 3,975KB | Audio |
| rembyrd@KaZaA | C_C_Music Factory - Things That Make You Go Hmmm.mp3 | CC Music Factory | 5,018KB | Audio |
| 2 Users | george strait - cross my heart.mp3 | George Straight | 3,270KB | Audio |
| rembyrd@KaZaA | Doobie Brothers - Free Ride (1).mp3 | Doobie Brothers | 2,833KB | Audio |
| rembyrd@KaZaA | Uncle Cracker - Follow Me.mp3 | Uncle Cracker | 8,786KB | Audio |
| rembyrd@KaZaA | Clone DVD key.exe | Unknown | 51KB | Software |
| rembyrd@KaZaA | Earth, Wind And Fire - After The Love Has Gone.mp3 | Earth, Wind and Fire | 3,976KB | Audio |
| rembyrd@KaZaA | Earth, Wind,_Fire - Celebration.mp3 | Earth Wind and Fire | 3,372KB | Audio |
| rembyrd@KaZaA | Earth Wind_Fire - Shining Star (1).mp3 | Earth Wind And Fire | 3,338KB | Audio |
| 2 Users | tipdrll.mp3 | Nelly | 5,922KB | Audio |
| rembyrd@KaZaA | Paul Simon - You Can Call Me Al.mp3 | Paul Simon | 4,379KB | Audio |
| rembyrd@KaZaA | Pink Floyd - In The Flesh.mp3 | Pink Floyd | 3,112KB | Audio |
| rembyrd@KaZaA | CloneDVD Crack.clone DVD .zip | Unknown | 390KB | Audio |
| rembyrd@KaZaA | Rolling Stones - Beast of Burden.mp3 | Rolling Stones | 4,147KB | Audio |
| rembyrd@KaZaA | 05 Get It on the Floor.wma | DMX | 4,158KB | Audio |
| rembyrd@KaZaA | Garth Brooks - Wrapped Up In You (1).mp3 | Garth Brooks | 4,432KB | Audio |
| rembyrd@KaZaA | Uncle Cracker - Better Days.mp3 | Uncle Cracker | 4,539KB | Audio |
| rembyrd@KaZaA | Confederate Railroad - Trashy Women.mp3 | Kentucky Headhunters | 3,041KB | Audio |
| rembyrd@KaZaA | Ride (Feat. Outlawz).html | Unknown | 0KB | Audio |
| rembyrd@KaZaA | p-Poppin F_DTP.mp3 | Ludacris | 6,768KB | Audio |
| rembyrd@KaZaA | JoDee Massina - Lesson In Leavin'.mp3 | JO DEE MESSINA | 2,602KB | Audio |
| rembyrd@KaZaA | quad city djs - cmon ride that tran.mp3 | Quad City DJs | 7,053KB | Audio |
| rembyrd@KaZaA | Rap  Do Or Die - Do U Wanna Ride.mp3 | Rap  Do Or Die | 3,669KB | Audio |
| rembyrd@KaZaA | Hell Yeah {Remix}.mp3 | Ginuwine/BabyR., Kelly/Cl.. | 2,879KB | Audio |
| rembyrd@KaZaA | Juvenile Feat Mannie Fresh - In My Life (drty).mp3 | Juvenile | 0,257KB | Audio |

2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

Found 1187 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| rernbyrd@KaZaA | Juvenile feat Mannie Fresh - In My Life (dirty).mp3 | Juvenile | 8,257kB | Audio | |
| rernbyrd@KaZaA | Warp brothers - We will survive.mp3 | Warp Brothers | 3,542kB | Audio | We will |
| rernbyrd@KaZaA | Quarterbackin.MP3 | E-40 Featuring Clipse | 4,483kB | Audio | |
| rernbyrd@KaZaA | BTO - Taking care of biz.mp3 | BTO | 4,598kB | Audio | Takin |
| rernbyrd@KaZaA | Usher - Confessions (Part II).wma | Usher | 5,411kB | Audio | Cu |
| rernbyrd@KaZaA | 01 - iiO - Rapture (Radio Edit).mp3 | iiO | 4,500kB | Audio | R |
| rernbyrd@KaZaA | Jodee Messina - Roll With the Punches (1).mp3 | Jo Dee Messina | 4,717kB | Audio | Ro |
| rernbyrd@KaZaA | Leonard Skinner - Gimme 3 Step.mp3 | Lynard Skynard | 4,154kB | Audio | |
| rernbyrd@KaZaA | George Straight - Write This Down.mp3 | George Strait | 2,846kB | Audio | |
| rernbyrd@KaZaA | CloneDVD 1.3.10 with crack_DVD Decrypter.exe | Unknown | 4,590kB | Software | CloneDVD 1.3.10 with cr |
| rernbyrd@KaZaA | The Best Of Times (1).mp3 | Styx | 3,046kB | Audio | |
| rernbyrd@KaZaA | Warp Brothers - Coloane (Club Mix).mp3 | Warp Brothers | 9,418kB | Audio | |
| rernbyrd@KaZaA | the carpenters - why do birds.mp3 | Carpenters | 3,474kB | Audio | |
| rernbyrd@KaZaA | ELO - Sweet Talkin' Woman.mp3 | Electric Light Orchestra | 3,586kB | Audio | St |
| rernbyrd@KaZaA | VangaBoys Vs.mp3 | Techno/Dance/Trance | 2,026kB | Audio | |
| rernbyrd@KaZaA | K.C And The Sunshine Band - Shake Your Bootie.mp3 | KC and the Sunshine Band | 2,957kB | Audio | |
| rernbyrd@KaZaA | master p - OoO WeE.mp3 | Master P | 5,934kB | Audio | |
| rernbyrd@KaZaA | ATB - Fine Night Tonight.mp3 | ATB | 4,629kB | Audio | |
| rernbyrd@KaZaA | FREEK A LEEK.mp3 | Petey Pablo | 5,617kB | Audio | Freek |
| rernbyrd@KaZaA | TLC - Hands Up (Clipse remix).mp3 | TLC | 3,588kB | Audio | Hands 1 |
| rernbyrd@KaZaA | ELO - Evil Woman.mp3 | Electric Light Orchestra | 5,062kB | Audio | |
| rernbyrd@KaZaA | Crazy Town - Starry Eyed Surprise.mp3 | Crazy Town | 3,521kB | Audio | St |
| rernbyrd@KaZaA | electric light orchestra - elo blinded by the light.mp3 | ELO | 6,626kB | Audio | ELO B |
| rernbyrd@KaZaA | kazaa270_en.exe | Sharman Networks Ltd | 7,287kB | Software | |
| rernbyrd@KaZaA | Petey Pablo- Freek-A-Leek.mp3 | Pety Pablo | 7,463kB | Audio | |
| rernbyrd@KaZaA | HOLE-T~1.MP3 | Hole | 2,773kB | Audio | |
| rernbyrd@KaZaA | Juvenile - Slow Motion.wma | Juvenile | 1,965kB | Audio | |
| rernbyrd@KaZaA | Audio - Alternative Rock.kpl | Unknown | 0kB | | Audio |
| rernbyrd@KaZaA | usher-confessions-superstar-01.mp3 | usher | 5,341kB | Audio | |

2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

Found 1187 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rennbyrd@KaZaA | usher-confessions-superstar-01.mp3 | usher | 5,341KB | Audio |
| rennbyrd@KaZaA | PC Games - Mahjongg Master III.zip | Unknown | 54,994KB | |
| rennbyrd@KaZaA | whitney houston - heartbreak hotel.mp3 | Whitney Houston | 6,575KB | Audio |
| rennbyrd@KaZaA | Pantera - Suicide Note Pt I.mp3 | Pantera | 5,568kB | Audio |
| rennbyrd@KaZaA | Audio - Barrington Levy.kpl | Barrington Levy | 1KB | |
| rennbyrd@KaZaA | Audio - Electronica.kpl | Unknown | 0KB | |
| rennbyrd@KaZaA | Sarah Mclaughlin - Fear (1).mp3 | Sara Mclachlan | 3,250kB | Audio |
| rennbyrd@KaZaA | Sysco - Thong Song! is.mp3 | Sysco | 3,926KB | Audio |
| rennbyrd@KaZaA | Sax - Nelson Rangel - Grace Beautiful Sensual Saxophone... | Sade | 5,194KB | Audio |
| rennbyrd@KaZaA | Ilo - Rapture .mp3 | Ministry Of Sound | 3,768kB | Audio |
| rennbyrd@KaZaA | Audio - Folk.kpl | Unknown | 0KB | |
| rennbyrd@KaZaA | Sade - I Couldn't Love You More.mp3 | Sade | 3,592KB | Audio |
| rennbyrd@KaZaA | Audio - Funk.kpl | Unknown | 0KB | |
| rennbyrd@KaZaA | Warp Brothers - blast the speakers.mp3 | Warp Brothers | 3,342KB | Audio |
| rennbyrd@KaZaA | project pat - pop that pussy hoe.mp3 | PROJECT PAT | 2,453KB | Audio |
| rennbyrd@KaZaA | R.Kelly -- Seems Like Your Ready.mp3 | R.Kelly | 3,971KB | Audio |
| rennbyrd@KaZaA | ginuwine - the life - 04 - Differences (2).mp3 | Ginuwine | 2,079KB | Audio |
| rennbyrd@KaZaA | xxx soundtrack-pastor troy ft, ms. jade-are we cuttin'.mp3 | Pastor Troy | 3,939KB | Audio |
| rennbyrd@KaZaA | 02 - This The City.mp3 | Pastor Troy | 2,189KB | Audio |
| rennbyrd@KaZaA | Meatloaf - I want you, I need you.mp3 | Meat Loaf | 5,100KB | Audio |
| rennbyrd@KaZaA | Rolling Stones - Wild Horses (1).mp3 | Rolling Stones | 6,713KB | Audio |
| rennbyrd@KaZaA | TWO OUT OF THREE.mp3 | MEATLOAF | 5,080kB | Audio |
| rennbyrd@KaZaA | Audio - Hip Hop.kpl | Unknown | 1KB | |
| rennbyrd@KaZaA | KC And The Sunshine Band-Funkytown.mp3 | KC and the Sunshine Band | 3,900KB | Audio |
| rennbyrd@KaZaA | Macy Gray - I Stumble.mp3 | Macy Gray | 4,676KB | Audio |
| rennbyrd@KaZaA | looking glass - brandy your a fine girl.mp3 | looking glass | 2,897KB | Audio |
| rennbyrd@KaZaA | Trance - Castles In The Sky.mp3 | Techno | 6,878kB | Audio |
| rennbyrd@KaZaA | Commadors - Still.mp3 | Commadores | 3,474KB | Audio |
| rennbyrd@KaZaA | Janet Jackson - If.mp3 | Janet Jackson | 4,353KB | Audio |

2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

Found 1187 files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rembyrd@KaZaA | Janet Jackson - If.mp3 | Janet Jackson | 4,359KB | Audio |
| rembyrd@KaZaA | Audio - Jazz.kpl | Unknown | 0KB | Audio |
| rembyrd@KaZaA | 01-Speak To Me - Breathe.mp3 | Pink Floyd | 4,700KB | Audio |
| rembyrd@KaZaA | 13-Run Like Hell.mp3 | Pink Floyd | 10,092KB | Audio |
| rembyrd@KaZaA | rap_RnB - Long RNB mix.mp3 | rap_RnB | 3,733KB | Audio |
| rembyrd@KaZaA | 36 Mafia - Ass and Titties.mp3 | three six mafia | 3,565KB | Audio |
| rembyrd@KaZaA | 02-Is There Anybody Out There-.mp3 | Pink Floyd | 3,472KB | Audio |
| rembyrd@KaZaA | 03-On The Run.mp3 | Pink Floyd | 4,454KB | Audio |
| rembyrd@KaZaA | 16 - Goodbye Cruel World.mp3 | Pink Floyd | 1,646KB | Audio |
| rembyrd@KaZaA | David Bowe—Ground Control to Major Tom.mp3 | David Bowe | 4,378KB | Audio |
| rembyrd@KaZaA | Rolling Stones_House of the Rising Sun.mp3 | Rolling Stones | 4,249KB | Audio |
| rembyrd@KaZaA | village People-kung foo fightin.mp3 | KC and the Sunshine Band | 3,085KB | Audio |
| rembyrd@KaZaA | Notorious BIG - Juicy(dirty remix).mp3 | Notorious B.I.G. | 4,710KB | Audio |
| rembyrd@KaZaA | A Knights Tale Soundtrack- Bowie, David - Golden Year.mp3 | 3, | 3,755KB | Audio |
| rembyrd@KaZaA | Led_Zeplen_Stairway_to_Heaven.MP3 | Led Zeplin | 4,164KB | Audio |
| rembyrd@KaZaA | Prince - Cream (Extended).mp3 | Prince | 5,718KB | Audio |
| rembyrd@KaZaA | Limp Bizkit - Eat You Alive (New Single).mp3 | Eat You Alive (Album Vers... | 5,916KB | Audio |
| rembyrd@KaZaA | rockpop - Ted Nugent Cat scratch fever.mp3 | Ted | 4,251KB | Audio |
| rembyrd@KaZaA | Carpenters - Why do Birds Suddenly Appear.mp3 | The Carpenters | 3,884KB | Audio |
| rembyrd@KaZaA | R. Kelly TP-2.com 17 All I really want .mp3 | R Kelly | 3,740KB | Audio |
| rembyrd@KaZaA | Audio - Pop Rock.kpl | Unknown | 0KB | Audio |
| rembyrd@KaZaA | good songs.kpl | Old School Soundtrack! | 1KB | Audio |
| rembyrd@KaZaA | Audio - RB.kpl | Unknown | 0KB | Audio |
| rembyrd@KaZaA | 03 Crash Into Me.wma | Dave Matthews Band | 4,975KB | Audio |
| rembyrd@KaZaA | Choices feat Lord Infamous.mp3 | Project Pat | 2,010KB | Audio |
| rembyrd@KaZaA | Adult Movies Hot Pussy Fucking Porn Movies_0.mpg | Unknown | 5,135KB | Video |
| rembyrd@KaZaA | Audio - Reggae.kpl | Unknown | 0KB | Audio |
| rembyrd@KaZaA | Lil Jon Da Eastside Boyz - Get Low.mp3 | Lil John and the Eastside ... | 5,299KB | Audio |
| rembyrd@KaZaA | Juvenile-Set It Off (remake).mp3 | Juvenile | 4,011KB | Audio |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| rembyrd@KaZaA | Juvenile-Set It Off (remix).mp3 | Juvenile | 4,011KB | Audio | |
| rembyrd@KaZaA | Sade - No ordinary love.mp3 | Sade | 3,757KB | Audio | |
| rembyrd@KaZaA | Travis Tritt - Here's a quater.mp3 | Travis Tritt | 2,985KB | Audio | Tr |
| rembyrd@KaZaA | Sade - The Sweetest Taboo.mp3 | Sade | 4,126KB | Audio | |
| rembyrd@KaZaA | gangsta boo - can i get paid strippers anthem.mp3 | gangsta boo | 4,363KB | Audio | can i get pai |
| rembyrd@KaZaA | Twista- Still Po Pimpin.mp3 | Do or Die | 3,758KB | Audio | |
| rembyrd@KaZaA | Luniz - I Got Five On It.mp3 | Luniz | 4,821KB | Audio | I Got |
| rembyrd@KaZaA | lil jon and the eastside boys - Put Your Hood Up.mp3 | 3 | 3,273KB | Audio | |
| rembyrd@KaZaA | It's On.html | Unknown | 0KB | | |
| rembyrd@KaZaA | ashley.kpl | Unknown | 0KB | | |
| rembyrd@KaZaA | Whitney Houston - Run To You.mp3 | Whitney Houston | 4,128KB | Audio | |
| rembyrd@KaZaA | P.Y.T.mp3 | Michael Jackson | 3,738KB | Audio | |
| rembyrd@KaZaA | I decided.mp3 | R.Kelly | 3,449KB | Audio | |
| rembyrd@KaZaA | Common Feat. Mary J. Blige - Come To Me.mp3 | Common f/ Mary J. Blige | 3,850KB | Audio | |
| rembyrd@KaZaA | MC Lyte,Missy Elliot - I Rock The Party.mp3 | MC Lyte_Missy Elliot | 4,950KB | Audio | |
| rembyrd@KaZaA | J. Giles Band - My Angel is a Centerfold.mp3 | Jay Geils Band | 3,425KB | Audio | My A |
| rembyrd@KaZaA | J Giles Band - Freeze Frame (1).mp3 | 3 | 3,251KB | Audio | Gi |
| rembyrd@KaZaA | Tracy Chapman - Give Me One Reason.mp3 | Tracy Chapman | 4,244KB | Audio | |
| rembyrd@KaZaA | Melisa Etheridge Bring me some Water.mp3 | Melissa Ethridge | 3,100KB | Audio | Br |
| rembyrd@KaZaA | Whitney Houston-I Will Always Love You.mp3 | Whitney Houston | 6,340KB | Audio | I W |
| rembyrd@KaZaA | R., Kelly - Don't You Say No Tonight.mp3 | R. Kelly | 3,862KB | Audio | Don't Y |
| rembyrd@KaZaA | Janet Jackson's tit in Super Bowl Halftime 1..JPG | Unknown | 24KB | Image | Janet Jackson's tit in Su |
| rembyrd@KaZaA | Live - Lightning Crashes.mp3 | LL Cool J | 3,814KB | Audio | Live |
| rembyrd@KaZaA | nemesis - munchies for your bass.mp3 | Nemesis | 3,863KB | Audio | Muno |
| rembyrd@KaZaA | 2 Live Crew, Get It Girl.mp3 | 2 Live Crew | 5,652KB | Audio | |
| rembyrd@KaZaA | Electro_Old School_Miami Bass_2 Live Crew-Mega Mix III.... | 2 Live Crew | 1,918KB | Audio | |
| rembyrd@KaZaA | Track 02.mp3 | expose | 4,152KB | Audio | |
| rembyrd@KaZaA | Tina Turner - Simply the Best.mp3 | Tina Turner | 3,912KB | Audio | |
| rembyrd@KaZaA | Ike and Tina Turner - Rollin Down the River.mp3 | Billy Paul | 3,832KB | Audio | |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rennbyrd@KaZaA | Ike and Tina Turner - Rollin Down the River.mp3 | Billy Paul | 3,326KB | Audio |
| rennbyrd@KaZaA | 05_lil_scrappy_no_problem.wma | Lil Scrappy | 3,399KB | Audio |
| rennbyrd@KaZaA | Thumbs.db | Unknown | 15KB | |
| rennbyrd@KaZaA | RAP - Whodini - Friends (1).mp3 | Whodini | 3,856KB | Audio |
| rennbyrd@KaZaA | 787_ITS_LIKE_THAT_21_3_19.MP3 | Run DMC | 4,518KB | Audio |
| rennbyrd@KaZaA | R. Kelly - Like A Real Freak.mp3 | R. Kelly | 4,282KB | Audio |
| rennbyrd@KaZaA | 14 Amarillo by Morning.wma | george strait | 2,050KB | Audio |
| rennbyrd@KaZaA | country-George Straight - Carrying Your Love With Me.mp3 | George Strait | 3,648KB | Audio |
| rennbyrd@KaZaA | Stained and Fred Durst - Ugly Like Me.mp3 | Stained | 5,344KB | Audio |
| rennbyrd@KaZaA | George Strait - Heartland.mp3 | George Strait | 2,716KB | Audio |
| rennbyrd@KaZaA | R. Kelly - Sex me {remix}.mp3 | R. Kelly | 5,547KB | Audio |
| rennbyrd@KaZaA | R. Kelly - The Greatest Sex.mp3 | R. Kelly | 6,546KB | Audio |
| rennbyrd@KaZaA | FAITHFULLY_JOURNEY-gsm.mp3 | Journey | 5,917KB | Audio |
| rennbyrd@KaZaA | aaliyah - the one i gave my hea.mp3 | Aaliyah | 4,185KB | Audio |
| rennbyrd@KaZaA | Aaliyah - Four Page Letter.mp3 | Aaliyah | 4,568KB | Audio |
| rennbyrd@KaZaA | Aaliyah -12- Never Givin' Up.mp3 | Aaliyah | 4,837KB | Audio |
| rennbyrd@KaZaA | Aaliyah - Next Friday Soundtrack.mp3 | Aaliyah | 5,970KB | Audio |
| rennbyrd@KaZaA | Sarah McLachlan - Last Dance.mp3 | Sara Mclachlan | 2,370KB | Audio |
| rennbyrd@KaZaA | 16 - We Ain't Scared H--.mp3 | Project Pat. | 3,057KB | Audio |
| rennbyrd@KaZaA | Do What You Have To Do.MP3 | Sarah McLachlan | 1,708KB | Audio |
| rennbyrd@KaZaA | sarah mclachlan - i love you (acoustic).mp3 | Sarah McLachlan | 4,203KB | Audio |
| rennbyrd@KaZaA | sarah mclachlan - Unravel Me.mp3 | Sarah Mclaughlin | 4,724KB | Audio |
| rennbyrd@KaZaA | shaggy_Angel-osc.mp3 | Shaggy | 3,816KB | Audio |
| rennbyrd@KaZaA | Crime Mob - Nuck IF You Buck.mp3 | Lil Scrappy_Crime Mob | 4,915KB | Audio |
| rennbyrd@KaZaA | sarah_mclachlan-When She Loved Me.mp3 | Sarah Mclachlan | 2,840KB | Audio |
| rennbyrd@KaZaA | Atlantic Star - Allways.mp3 | Atlantic Star | 5,051KB | Audio |
| rennbyrd@KaZaA | Three Six Mafia - Baby Momma.mp3 | Three Six Mafia | 4,448KB | Audio |
| rennbyrd@KaZaA | Like a Pimp.mp3 | Three Six Mafia | 1,603KB | Audio |
| rennbyrd@KaZaA | 15 - Slang It serve.mp3 | Three Six Mafia | 4,003KB | Audio |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Downloadin | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| rembyrd@KaZaA | 15 - Slang N serve.mp3 | Three Six Mafia | 4,030KB | Audio | |
| rembyrd@KaZaA | You Got Da Game All Wrong.mp3 | Three Six Mafia | 3,451KB | Audio | U G |
| rembyrd@KaZaA | 36 Mafia - Memphis.mp3 | Three Six Mafia | 4,553KB | Audio | |
| rembyrd@KaZaA | cherish_the_day.mp3 | Sade | 5,232KB | Audio | |
| rembyrd@KaZaA | alicia keys (you dont know my name).wma | alicia keys | 923KB | Audio | you d |
| rembyrd@KaZaA | Project Pat - Twanky Twanky.mp3 | Project Pat | 3,779KB | Audio | |
| rembyrd@KaZaA | Triple Six Mafia - Lock down (1).mp3 | Three six Mafia | 4,074KB | Audio | |
| rembyrd@KaZaA | Rkelly-Strip For You.MP3 | R. Kelly | 1,651KB | Audio | |
| rembyrd@KaZaA | Lil Jon - Dont Play No Games.mp3 | Lil Jon | 3,946KB | Audio | |
| rembyrd@KaZaA | Kayne West - All Fall Down.mp3 | Kanye West | 5,160KB | Audio | |
| rembyrd@KaZaA | Project Pat - nine to yo dame.mp3 | Three Six Mafia | 3,290KB | Audio | |
| rembyrd@KaZaA | Never Felt This Way.mp3 | Alicia Keys | 1,483KB | Audio | |
| rembyrd@KaZaA | Bhangra - Jay-Z - Can I Get A (Desi Remix).mp3 | Bhangra | 4,291KB | Audio | Hindi Remix |
| rembyrd@KaZaA | Get The Fuck Out My Face.mp3 | Three 6 Mafia | 4,763KB | Audio | Get The |
| rembyrd@KaZaA | Amanda Perez - Never.mp3 | Amanda Perez | 4,032KB | Audio | |
| rembyrd@KaZaA | I Still Love You.mp3 | Amanda Perez | 3,682KB | Audio | |
| rembyrd@KaZaA | Trillville ft (1).mp3 | Lil Scrappy | 4,438KB | Audio | |
| rembyrd@KaZaA | ludacris - Phat Rabbit.mp3 | Ludacris | 3,053KB | Audio | lu |
| rembyrd@KaZaA | G-Unit - Wanna Get To Know You.mp3 | G Unit | 4,142KB | Audio | G-Unit - Wann |
| rembyrd@KaZaA | Pearl Jam-alive-01.mp3 | Pearl Jam | 5,316KB | Audio | |
| rembyrd@KaZaA | Whitney Houston - Whatchulookinat.mp3 | Whitney Houston | 3,944KB | Audio | Whatchulookinat (re |
| rembyrd@KaZaA | Ludacris - Track 05.mp3 | Ludacris | 4,545KB | Audio | Track 1 |
| rembyrd@KaZaA | Ludacris - cut up.mp3 | Ludacris | 5,234KB | Audio | |
| rembyrd@KaZaA | ludacris-fuck me.mp3 | Ludacris | 4,575KB | Audio | |
| rembyrd@KaZaA | Triple Six Mafia - Break da Law '95.mp3 | Three Six Mafia | 1,721KB | Audio | |
| rembyrd@KaZaA | Amanda Perez - Angel.mp3 | Amanda Perez | 3,444KB | Audio | |
| rembyrd@KaZaA | Missy Elliot - Take Away (1).mp3 | Missy Elliott | 4,660KB | Audio | |
| 2 Users | Wu Tang - I Cant Sleep.mp3 | Wu-tang Clan | 3,394KB | Audio | |
| rembyrd@KaZaA | LilFlip-GameOver-Eaglez-LilFlip.mp3 | Lil Flip | 3,643KB | Audio | LilFlip-Game |

2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

Found 1187 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download
New search | Search | Traffic | Shop | Tell A Friend
Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rembyrd@KaZaA | LilFlip-GameOver-Explicit-LilFlip.mp3 | Lil Flip | 3,642KB | Audio |
| rembyrd@KaZaA | Spinners - Shake your groove thing.mp3 | Peaches and Herb | 5,193KB | Audio |
| rembyrd@KaZaA | 2 Kelis Trick Me.mp3 | Kelis | 4,048KB | Audio |
| rembyrd@KaZaA | Game Over (dirty) (1).mp3 | Lil Flip | 4,440KB | Audio |
| rembyrd@KaZaA | coldplay - life is for living.mp3 | Coldplay | 1,522KB | Audio |
| rembyrd@KaZaA | xcape-do you want to.mp3 | XSCAPE | 1,910KB | Audio |
| rembyrd@KaZaA | Exscape - My Little Secret.mp3 | Xscape | 2,532KB | Audio |
| rembyrd@KaZaA | Xcape-Work It Slow.mp3 | Xscape | 2,954KB | Audio |
| rembyrd@KaZaA | You got it Bad (1).MP3 | Usher | 1,734KB | Audio |
| rembyrd@KaZaA | Isley Brothers - Busted (1).mp3 | Isley Brothers | 3,757KB | Audio |
| rembyrd@KaZaA | Mase - Feels So Good.mp3 | Mase | 3,770KB | Audio |
| rembyrd@KaZaA | Floetry - Getting Late.wma | Floetry | 3,215KB | Audio |
| rembyrd@KaZaA | TURN ME ON.MP3 | Kevin Lyttle | 1,997KB | Audio |
| rembyrd@KaZaA | 05 - CHANGED - Maxwell.mp3 | Maxwell | 1,756KB | Audio |
| rembyrd@KaZaA | Anita Baker - You Bring Me Joy.mp3 | Anita Baker | 3,120KB | Audio |
| rembyrd@KaZaA | Sexn You.mp3 | Maxwell | 5,826KB | Audio |
| rembyrd@KaZaA | Lil Flip feat. Lea - Sunshine.mp3 | Lil Flip | 4,102KB | Audio |
| rembyrd@KaZaA | Trillville - HomeTeam.wma | Lil jon/lil scrappy | 3,302KB | Audio |
| rembyrd@KaZaA | movie soundtracks - top gun - take my breath away.mp3 | movie soundtracks | 3,933KB | Audio |
| rembyrd@KaZaA | warp brothers - Phat Base.mp3 | Warp Brothers | 6,699KB | Audio |
| rembyrd@KaZaA | Usher - Yeah (Remix).mp3 | Usher | 4,395KB | Audio |
| rembyrd@KaZaA | WARP BROTHERS - Im Your DJ 2002 Remix.mp3 | WARP BROTHERS | 7,192KB | Audio |
| rembyrd@KaZaA | unreleased - Rap-UGK.mp3 | U.G.K. | 3,875KB | Audio |
| rembyrd@KaZaA | Garth Brooks - American Honky Tonk Bar Assn.mp3 | Garth Brookes | 3,311KB | Audio |
| rembyrd@KaZaA | lean back (remix) (2).mp3 | Fat Joe, Mase, Eminem, Li... | 4,066KB | Audio |
| rembyrd@KaZaA | Sarahmclaughin - Take Your Breath Away.mp3 | Sarah McLaughlin | 2,266KB | Audio |
| rembyrd@KaZaA | 06 Wanna Get To Know You.wma | G Unit | 6,259KB | Audio |
| rembyrd@KaZaA | AlbumArt_{1E3A6D54-5B47-48E4-9DAC-948FF16CD471}_... | Unknown | 19KB | Image |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files