**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Downloaded | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| rembyrd@KaZaA | AlbumArt_{1E3A6D54-5B47-48E4-9DAC-9A8FF16CD471}_... | Unknown | 6kB | Image | AlbumArt_{1E3A6D54-5B47-48E4 |
| rembyrd@KaZaA | Ying Yang Twinz - Tiwurkulator.mp3 | Ying Yang Twins | 5,962kB | Audio | |
| rembyrd@KaZaA | Son of Detroit-kid rock_KID ROCK.mp3 | Kid Rock | 7,673kB | Audio | |
| rembyrd@KaZaA | 07 - By Myself.mp3 | Ying Yang Twins | 4,478kB | Audio | |
| rembyrd@KaZaA | Kid Rock - American Badass.mp3 | Kid Rock | 6,398kB | Audio | |
| rembyrd@KaZaA | jen low- play (1).mp3 | Jennifer Lopez | 3,324kB | Audio | |
| rembyrd@KaZaA | Ying Yang Twins - Georgia Dome.mp3 | Ying Yang Twins | 6,768kB | Audio | |
| rembyrd@KaZaA | Ying Yang Twins- Salt Shaker (remix).mp3 | Ying Yang Twins | 3,343kB | Audio | |
| rembyrd@KaZaA | hoyle word games.jpg | Unknown | 11kB | Image | |
| rembyrd@KaZaA | Juvinile And 36 Mafia - Tear Tha Club Up Thugzz.mp3 | 36 Mafia | 4,098kB | Audio | Tear |
| rembyrd@KaZaA | rkelly - thoia thoing (1).mp3 | R. Kelly | 3,886kB | Audio | rkell |
| rembyrd@KaZaA | Puff Daddy, RKelly-Satisfy u.mp3 | R. Kelly | 4,505kB | Audio | |
| rembyrd@KaZaA | missy elliot - supa dupa fly.mp3 | Missy Elliot | 3,922kB | Audio | The R |
| rembyrd@KaZaA | ignition rkelly.mp3 | R. Kelly | 3,476kB | Audio | |
| rembyrd@KaZaA | JayZ_RKelly- Fiesta REmix.mp3 | R.Kelly (Ft. Jay-Z) | 3,648kB | Audio | |
| rembyrd@KaZaA | be careful - Sparkle feat RKelly.mp3 | R. kelly | 3,774kB | Audio | RKell |
| rembyrd@KaZaA | Whitney Houston - Whatchalookinat.mp3 | Unknown | 6,713kB | Audio | Seer |
| rembyrd@KaZaA | RKelly Step in the Name.wma | R Kelly | 5,294kB | Audio | |
| rembyrd@KaZaA | RKelly - Seems Like Your Ready.mp3 | 3 | 5,008kB | Audio | O |
| rembyrd@KaZaA | RKelly TP2.com - 06 Like A Red Freak.mp3 | R Kelly | 5,666kB | Audio | |
| rembyrd@KaZaA | r. kelly - slow dance (remix).mp3 | Whitney Houston | 3,375kB | Audio | |
| rembyrd@KaZaA | 13-tweet-call_me-tas.mp3 | tweet | 4,140kB | Audio | |
| rembyrd@KaZaA | Wu-Tang Clan - Apocalypse Now.MP3 | WuTang | 2,620kB | Audio | |
| rembyrd@KaZaA | WuTang-Beltz Of War.mp3 | Wu-Tang Clan | 4,867kB | Audio | |
| rembyrd@KaZaA | Wutang - Tragedy.mp3 | Wu Tang Clan | 3,564kB | Audio | |
| rembyrd@KaZaA | Warrent - Cherry Pie.mp3 | Warrent | 3,141kB | Audio | To |
| rembyrd@KaZaA | Copy of Hindi_Punjabi Songs - Bhangra Remix (2) (1).mp3 | Old School | 5,090kB | Audio | |
| rembyrd@KaZaA | Hindi Remix - Taal remix (with 702).mp3 | Bhangra | 2,028kB | Audio | |
| rembyrd@KaZaA | puzzle games.exe | Brains Breaker | 1,203kB | Software | |

2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

Found 1187 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rembyrd@KaZaA | puzzle games.exe | Brains Breaker | 1,268kB | Software |
| rembyrd@KaZaA | Missy Eliot - Party people (Xtc people).mp3 | Missy Eliot | 11,293kB | Audio |
| rembyrd@KaZaA | Missy Eliot - Keep It Moving.mp3 | Missy Elliott feat Elephant... | 5,136kB | Audio |
| rembyrd@KaZaA | Dance - Techno - DJ Promo - Let the Bass Boom.mp3 | DJ Promo | 2,922kB | Audio |
| rembyrd@KaZaA | ying yang twins-gray goose.mp3 | Yin Yang Twins | 5,361kB | Audio |
| rembyrd@KaZaA | Randy Travis - Too Gone for Too Long.mp3 | Randy Travis | 3,451kB | Audio |
| rembyrd@KaZaA | Missy Eliot - U Can't Resist F. Juvenile_BG.mp3 | Missy Eliot | 4,330kB | Audio |
| rembyrd@KaZaA | ying yang twins - peanut butter jelly.mp3 | Ying Yang Twins | 1,034kB | Audio |
| rembyrd@KaZaA | ying yang twins - back.up.mp3 | Ying Yang Twins | 5,336kB | Audio |
| rembyrd@KaZaA | 09 Maps (1).wma | Yeah Yeah Yeahs | 3,475kB | Audio |
| rembyrd@KaZaA | John Conley - Holding Her_Loving You.mp3 | Earl Thomas Conley | 3,059kB | Audio |
| rembyrd@KaZaA | 16 - Shake Them Haters Off.mp3 | Ying Yang Twins | 3,016kB | Audio |
| rembyrd@KaZaA | Def Leppard - Lets Get Rocked.mp3 | Def Leppard | 4,624kB | Audio |
| rembyrd@KaZaA | atl.kpl | Franchise | 1kB | |
| rembyrd@KaZaA | Tecno - Bass - Mega Mix.mp3 | Dance Techno | 2,629kB | Audio |
| rembyrd@KaZaA | Def Leppard - Pour Some Sugar On Me.mp3 | Def Leppard | 4,176kB | Audio |
| rembyrd@KaZaA | Crime Mob-Black Tee.wma | crime mob | 8,278kB | Audio |
| rembyrd@KaZaA | 01 Dj Ghost - 01 - Is This Techno.wma | 01 Dj Ghost | 2,381kB | Audio |
| rembyrd@KaZaA | Breath Stretch Shake.mp3 | Mase | 6,402kB | Audio |
| rembyrd@KaZaA | Travis Tritt - Modern Day Bonnie And Clyde.MP3 | Travis Tritt | 4,388kB | Audio |
| rembyrd@KaZaA | DJ remixes - Techno Dance club mega mixes.mp3 | DJ remixes | 6,241kB | Audio |
| rembyrd@KaZaA | Energia 2004.wma | Techno | 3,069kB | Audio |
| rembyrd@KaZaA | Twista - So Sexy (Feat R Kelly).mp3 | Twista | 5,441kB | Audio |
| rembyrd@KaZaA | listen.kpl | Unknown | 3kB | |
| rembyrd@KaZaA | stacia's music.kpl | Unknown | 1kB | |
| rembyrd@KaZaA | Twista - Sunshine.mp3 | Lil Flip | 5,272kB | Audio |
| rembyrd@KaZaA | Gladys Knight_The Pips - It's Time To Go Now.mp3 | Gladys Knight _ The Pips | 2,536kB | Audio |
| rembyrd@KaZaA | Van Morrision - Brown Eyed Girl.mp3 | Rolling Stones | 2,865kB | Audio |
| 2 Users | | | | |
| rembyrd@KaZaA | Mom - Travis Tritt - It's A.mp3 | Travis Tritt | 4,720kB | Audio |

2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

Found 1187 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Downloaded | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rembyrd@KaZaA | Mom - Travis Tritt - It's A.mp3 | Travis Tritt | 4,720KB | Audio |
| rembyrd@KaZaA | Track 06.mp3 | Lynyrd Skynyrd | 4,567KB | Audio |
| rembyrd@KaZaA | Lynyrd Skynyrd - Sweet Home Alabama .mp3 | Lynyrd Skynyrd | 4,683KB | Audio |
| rembyrd@KaZaA | Blaque - Like I Do (808 remix).mp3 | Blaque | 3,606KB | Audio |
| rembyrd@KaZaA | Bread - If (1).mp3 | Bread | 3,006KB | Audio |
| rembyrd@KaZaA | C-Judds - Rockin' with The Rhythm .mp3 | The Judds | 2,516KB | Audio |
| rembyrd@KaZaA | carol king - will you still love me tomorrow.mp3 | Carole King | 3,958KB | Audio |
| rembyrd@KaZaA | City High - What Would You Do.mp3 | City High | 5,020KB | Audio |
| rembyrd@KaZaA | City High feat.Eve - Carmel (Remix).mp3 | City High Feat.Eve | 3,659KB | Audio |
| rembyrd@KaZaA | Billy Idol - White Wedding.mp3 | Billy Idol | 3,343KB | Audio |
| rembyrd@KaZaA | Lean Beck (remix) (1).mp3 | Terror Squad | 4,066KB | Audio |
| rembyrd@KaZaA | kiss_16_beth.mp3 | Kiss | 5,398KB | Audio |
| rembyrd@KaZaA | DJ scribble - Techno - 05 - Track 5.mp3 | DJ scribble | 3,960KB | Audio |
| rembyrd@KaZaA | Techno Enigma - Club Dance Mix.mp3 | Enigma | 2,320KB | Audio |
| rembyrd@KaZaA | Bad Company - Holy Water.mp3 | artist | 4,836KB | Audio |
| rembyrd@KaZaA | Trillville - Buck On Dem Hoes (1).mp3 | Trillville | 4,581KB | Audio |
| rembyrd@KaZaA | Nazareth-Hair Of Dog.mp3 | Nazareth | 3,112KB | Audio |
| rembyrd@KaZaA | t.i.-rubberband man (remix).mp3 | T.I. ft Trick Daddy _Twis... | 5,071KB | Audio |
| rembyrd@KaZaA | Steve Miller Band - Devil Came Down to Georgia.mp3 | Steve Miller Band | 3,356KB | Audio |
| rembyrd@KaZaA | Boogie Shoes.mp3 | KC and the Sunshine Band | 2,570KB | Audio |
| rembyrd@KaZaA | Neil Diamond - Hooked On A Feeling.mp3 | Kc and the Sunshine Band | 2,366KB | Audio |
| rembyrd@KaZaA | That's The Way I Like It.mp3 | KC and the Sunshine Band | 3,629KB | Audio |
| rembyrd@KaZaA | Nelly - E. I. [Tipdrill Remix].wma | Nelly | 4,546KB | Audio |
| rembyrd@KaZaA | (08) T.I. - Rubber Band Man.wma | T.I. | 3,429KB | Audio |
| rembyrd@KaZaA | KC_The Sunshine Band - Please Don't Go (1).mp3 | K.C. And The Sunshine B... | 4,526KB | Audio |
| rembyrd@KaZaA | Turn me on (remix) (1).mp3 | Kevin Lyttle | 4,452KB | Audio |
| rembyrd@KaZaA | en_kmd260.exe | Sharman Networks Ltd | 6,935KB | Software |
| rembyrd@KaZaA | DVD XCOPY GOLD.exe | 321 Studios | 26,415KB | Software |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

My Kazaa | Theater | Web | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| rembyrd@KaZaA | DVD X Maker v2.01.exe | 321 Studios | 82,363KB | Software | |
| rembyrd@KaZaA | AlbumArt_{132D51D9-5B25-450C-86D8-342658440(9E4)_... | Unknown | 11KB | Image | AlbumArt_{132D51D9-5B25-450C- |
| rembyrd@KaZaA | AlbumArt_{132D51D9-5B25-450C-86D8-342658440(9E4)_... | Unknown | 2KB | Image | AlbumArt_{132D51D9-5B25-450C- |
| rembyrd@KaZaA | AlbumArt_{386A70FC-9CFA-4C11-9BA8-C13D29792898}_... | Unknown | 15KB | Image | AlbumArt_{386A70FC-9CFA-4C11 |
| rembyrd@KaZaA | AlbumArt_{386A70FC-9CFA-4C11-9BA8-C13D29792898}_... | Unknown | 3KB | Image | AlbumArt_{386A70FC-9CFA-4C11 |
| rembyrd@KaZaA | AlbumArt_{7ECDD612-B7CC-4EC5-86B2-22DDE65458D3}_... | Unknown | 8KB | Image | AlbumArt_{7ECDD612-B7CC-4EC5 |
| rembyrd@KaZaA | AlbumArt_{7ECDD612-B7CC-4EC5-86B2-22DDE65458D3}_... | Unknown | 1KB | Image | AlbumArt_{7ECDD612-B7CC-4EC5 |
| rembyrd@KaZaA | AlbumArt_{986F107F-5D05-40CD-BD50-BC98E6C31286}_... | Unknown | 9KB | Image | AlbumArt_{986F107F-5D05-40CD- |
| rembyrd@KaZaA | AlbumArt_{986F107F-5D05-40CD-BD50-BC98E6C31286}_... | Unknown | 2KB | Image | AlbumArt_{986F107F-5D05-40CD- |
| rembyrd@KaZaA | kmd260_en.exe | Sharman Networks Ltd | 6,893KB | Software | Kazaa |
| rembyrd@KaZaA | km1263_en.exe | Sharman Networks Ltd | 6,975KB | Software | Kazaa |
| rembyrd@KaZaA | AlbumArt_{FB4BA2EC-219B-4519-9D45-8591B0E99D2B}_... | Unknown | 8KB | Image | AlbumArt_{FB4BA2EC-219B-4519- |
| rembyrd@KaZaA | AlbumArt_{FB4BA2EC-219B-4519-9D45-8591B0E99D2B}_... | Unknown | 2KB | Image | AlbumArt_{FB4BA2EC-219B-4519- |
| rembyrd@KaZaA | Billy Idol - You Spin Me Right Round.mp3 | Billy Idol | 4,184KB | Audio | You Sp |
| rembyrd@KaZaA | Rolling Stones - Honky Tank Woman.mp3 | Rolling Stones | 2,889KB | Audio | |
| rembyrd@KaZaA | Rolling Stones - Satisfaction.mp3 | Rolling Stones | 4,454KB | Audio | Can't |
| rembyrd@KaZaA | Soft Rock Bread - It Don't Matter To Me.mp3 | Bread | 3,309KB | Audio | It |
| rembyrd@KaZaA | Tom Petty - Roll Another Joint.mp3 | Tom Petty | 4,523KB | Audio | |
| rembyrd@KaZaA | Twinkulator.MP3 | Ying Yang Twins | 3,966KB | Audio | |
| rembyrd@KaZaA | Ying Yang Twins - Whistle While You Twerk.mp3 | Ying Yang Twins | 4,304KB | Audio | Whistl |
| rembyrd@KaZaA | Lloyd Banks - On Fire.mp3 | LL Cool J | 3,652KB | Audio | Llo |
| 3 Users | | | | | |
| rembyrd@KaZaA | Down for Me.mp3 | Loon ft. Mario Winans | 5,899KB | Audio | |
| rembyrd@KaZaA | Lil Kim Missy, Da Brat, Left Eye - Ladies Night (remix).mp3 | Lil Kim | 4,155KB | Audio | L |
| rembyrd@KaZaA | lil' kim - Put it in Your Mouth.mp3 | Lil Kim | 4,733KB | Audio | P |
| rembyrd@KaZaA | Prince - The Most Beautiful Girl in the World.mp3 | Prince | 4,312KB | Audio | The Most |
| rembyrd@KaZaA | The Doors - LA Woman.mp3 | The Doors | 7,333KB | Audio | |
| rembyrd@KaZaA | prince - cream(1).mp3 | Prince | 5,940KB | Audio | |
| rembyrd@KaZaA | Lloyd Banks - On Fire (2).mp3 | LL Cool J | 3,652KB | Audio | Llo |
| rembyrd@KaZaA | usher - burn (6).mp3 | Usher | 6,550KB | Audio | |

Found 1187 files | 2,635,266 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rembyrd@KaZaA | usher - burn (6).mp3 | Usher | 6,530KB | Audio |
| rembyrd@KaZaA | 70-Kelis-Remix Milkshake.mp3 | Elephant Man | 6,159KB | Audio |
| rembyrd@KaZaA | Tone Loc - Funky Cold Medina.mp3 | Tone Loc | 3,876KB | Audio |
| rembyrd@KaZaA | 80's Rock-WhiteSnake - Still Of The Night.mp3 | White Snake | 5,120KB | Audio |
| rembyrd@KaZaA | LL Cool J FeatTimbaland - HeadSprung.mp3 | LL Cool J | 4,623KB | Audio |
| rembyrd@KaZaA | '80s - White Snake - Here I Go Again.mp3 | whitesnake | 4,329KB | Audio |
| rembyrd@KaZaA | stacia's music 1.kpl | Unknown | 1KB | |
| rembyrd@KaZaA | motley crue- girls, girls, girls.wma | motley crue | 4,269KB | Audio |
| rembyrd@KaZaA | trippy piano trance.mp3 | DJ Scribble | 5,060KB | Audio |
| rembyrd@KaZaA | Sunshine.mp3 | Lil Flip | 5,280KB | Audio |
| rembyrd@KaZaA | Gap Band - Get Downn On It.mp3 | Gap Band | 4,602KB | Audio |
| rembyrd@KaZaA | Electric Slide.mp3 | Gap Band | 2,002KB | Audio |
| rembyrd@KaZaA | Techno - Crazy Fast Beats (1).mp3 | DJ scribble | 3,563KB | Audio |
| rembyrd@KaZaA | Lil Jon- Knockin Heads Off.mp3 | Lil Jon | 4,945KB | Audio |
| rembyrd@KaZaA | Head Bustas.mp3 | Lil Scrappy F/Lil Jon | 3,733KB | Audio |
| rembyrd@KaZaA | 02 - KAMIKAZE - Twista  ft lil jon_too short  - Quit Habn'... | Twista | 2,874KB | Audio |
| rembyrd@KaZaA | 100 Kids Songs - Hamster Dance.mp3 | Hampton The Hampster | 4,174KB | Audio |
| rembyrd@KaZaA | Lil Jon- Cant Stop Pimpin.mp3 | Lil Jon | 5,588KB | Audio |
| rembyrd@KaZaA | LIL JON - rep yo city.mp3 | Lil Jon _E-40 | 4,890KB | Audio |
| rembyrd@KaZaA | 17 lil jon - Bia Bia.mp3 | Lil' Jon | 7,143KB | Audio |
| rembyrd@KaZaA | East - Lil Jon - Get Crunk.mp3 | Lil Jon and Eastside Boyz | 4,848KB | Audio |
| rembyrd@KaZaA | nas feat. lil jon quick to back down(3).wma | Lil Jon _ATL | 4,068KB | Audio |
| rembyrd@KaZaA | Lil Jon_The Eastside Boys Ft Three 6 Mafia - Move Bitch.... | Lil Jon | 5,141KB | Audio |
| rembyrd@KaZaA | club mix.kpl | various | 1KB | |
| rembyrd@KaZaA | david banner - crank it up(5).wma | David Banner | 3,806KB | Audio |
| rembyrd@KaZaA | Mario Winans - I Dont wanna Know Remix PII (4).mp3 | Mario Winans | 6,515KB | Audio |
| rembyrd@KaZaA | R. Kelly - Down Low (remix).mp3 | R. Kelly | 2,852KB | Audio |
| rembyrd@KaZaA | R. Kelly - Bump and Grind.mp3 | R. Kelley | 4,170KB | Audio |
| Terrorbyrd@KaZaA | Lean Back (remix).mp3 | Terror Squad | 4,002KB | Audio |

2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

Found 1187 files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rernbyrd@KaZaA | Lean Back (remix).mp3 | Terror Squad | 4,066KB | Audio |
| rernbyrd@KaZaA | John B - They Dont Know.MP3 | Jon B | 3,214KB | Audio |
| rernbyrd@KaZaA | (00) Gunit Smile.wma | Llyod Banks | 3,434KB | Audio |
| rernbyrd@KaZaA | track05 (1).mp3 | Llyod Banks | 2,234KB | Audio |
| rernbyrd@KaZaA | Lil Flip feat.mp3 | Lil Flip | 4,402KB | Audio |
| rernbyrd@KaZaA | Honey-R_Kelly-Jayz(Dj_Fluke_Remix).mp3 | J | 3,706KB | Audio |
| rernbyrd@KaZaA | adrians cd 1.kpl | various | 2KB | |
| rernbyrd@KaZaA | 02-lil_flip-sunshine_(explicit_edit)-chr.mp3 | Lil Flip | 5,355KB | Audio |
| rernbyrd@KaZaA | adrians cd.kpl | Unknown | 2KB | |
| rernbyrd@KaZaA | Master P - Them Jeans (1).mp3 | Master P | 5,276KB | Audio |
| rernbyrd@KaZaA | 64_headsprung_01.wma | LL Cool J | 5,385KB | Audio |
| 2 Users | al green - for the gooo times.mp3 | Al Green | 2,697KB | Audio |
| rernbyrd@KaZaA | Motley Crue - Looks That Kill.mp3 | Motley Crue | 3,765KB | Audio |
| rernbyrd@KaZaA | SnoodTowers304.exe | Snood | 7,221KB | Software |
| rernbyrd@KaZaA | Al Green - Lean On Me.mp3 | Al Green | 4,069KB | Audio |
| rernbyrd@KaZaA | Trance_Rave_Techno-DJ Skribble_Anthony Acid - Feel th... | DJ Skribble_Anthony Acid | 6,669KB | Audio |
| rernbyrd@KaZaA | Trick Love Da Kids.mp3 | Trick Daddy | 3,571KB | Audio |
| rernbyrd@KaZaA | Alan Jackson - Chatahoochie.mp3 | Alan Jackson | 3,668KB | Audio |
| rernbyrd@KaZaA | (Charlie_Daniels_Band)_Uneasy_Rider_II.mp3 | Charlie Daniels Band | 4,185KB | Audio |
| rernbyrd@KaZaA | Ludacris - Throw Them Bows.MP3 | Ludacris | 2,046KB | Audio |
| rernbyrd@KaZaA | 02 Blow It Out.wma | Ludacris | 3,866KB | Audio |
| rernbyrd@KaZaA | h.MP3 | Etta James_Otis Redding | 2,430KB | Audio |
| rernbyrd@KaZaA | Dave Matthews Band - Too Much.mp3 | Dave Matthews Band | 4,090KB | Audio |
| rernbyrd@KaZaA | Etta James Night and Day.mp3 | Etta James | 4,052KB | Audio |
| rernbyrd@KaZaA | My Immortal - EVANESCENCE.mp3 | Evanescence | 4,130KB | Audio |
| rernbyrd@KaZaA | Track 02 (1).mp3 | UGK | 4,668KB | Audio |
| rernbyrd@KaZaA | ugk._7-_cigarette.mp3 | ugk. | 7,235KB | Audio |
| rernbyrd@KaZaA | Use Me Up-UGK.mp3 | U.G.K. | 3,156KB | Audio |
| rernbyrd@KaZaA | Kevin Little - Turn Me On (Remix) (1).mp3 | Kevin Lyttle | 3,616KB | Audio |

Found 1187 files

2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rennbyrd@KaZaA | Kevin Little - Turn Me On (Remix) (1).mp3 | Kevin Lyttle | 3,616kB | Audio |
| rennbyrd@KaZaA | Coldplay -Loving you always.mp3 | Cold Play | 724kB | Audio |
| rennbyrd@KaZaA | Janet Jackson -- Lets Wait A While.mp3 | Janet Jackson | 4,710kB | Audio |
| rennbyrd@KaZaA | Gladys Knight And The Pips-- If I Were Your Woman.mp3 | Gladys Knight | 3,088kB | Audio |
| rennbyrd@KaZaA | Beyonce ft. Jay-Z - Crazy In Love.mp3 | Beyonce Knowles Feat. J... | 5,571kB | Audio |
| rennbyrd@KaZaA | StEp iN thA nAmE of Luv.mp3 | Rammstein | 4,026kB | Audio |
| rennbyrd@KaZaA | Let You Down.mp3 | Dave Matthews Band | 3,897kB | Audio |
| rennbyrd@KaZaA | DESTI~BOOTYLICIOUS.mp3 | Destiny's Child | 1,355kB | Audio |
| rennbyrd@KaZaA | Z Hindi LIL JAY - Dekha Tujhe To Remix.mp3 | Hindi | 3,308kB | Audio |
| rennbyrd@KaZaA | Mancini - Love Story.mp3 | Henry Mancini | 3,634kB | Audio |
| rennbyrd@KaZaA | Romeo et Juliette - theme.mp3 | Romeo and Juliet | 2,358kB | Audio |
| rennbyrd@KaZaA | G Unit- Let Me In.mp3 | G Unit | 5,382kB | Audio |
| rennbyrd@KaZaA | pink.floyd - Groove Me.mp3 | Etta James | 2,802kB | Audio |
| rennbyrd@KaZaA | trance jungle.mp3 | Unknown | 2,956kB | Audio |
| rennbyrd@KaZaA | Lil Wyte-Doubt Me Now-08-My Smoking Song.mp3 | Jon | 2,995kB | Audio |
| rennbyrd@KaZaA | Etta James - Lovesick Blues.mp3 | Etta James | 3,354kB | Audio |
| rennbyrd@KaZaA | Jones, Etta -- I Miss You So.mp3 | Etta James | 3,224kB | Audio |
| rennbyrd@KaZaA | 1-03 Drama.mp3 | Lil Jon Feat. Bun B, David... | 3,990kB | Audio |
| rennbyrd@KaZaA | Damn Your Eyes-Etta James.mp3 | Etta James | 4,283kB | Audio |
| rennbyrd@KaZaA | Etta James - I Wish Someone Would Care.mp3 | Etta James | 2,462kB | Audio |
| rennbyrd@KaZaA | Love And Basketball -You made a fool of me.mp3 | Love And Basketball | 3,233kB | Audio |
| rennbyrd@KaZaA | Etta James - Lovin Arms.mp3 | Etta James | 2,678kB | Audio |
| rennbyrd@KaZaA | R Kelly LOVELAND - 15 More And More (1).mp3 | R Kelly | 5,337kB | Audio |
| rennbyrd@KaZaA | franks music.kpl | Def Leppard | 5kB | Audio |
| rennbyrd@KaZaA | R. Kelly_R. Kelly_Tempo Slow.mp3 | R Kelly | 3,913kB | Audio |
| rennbyrd@KaZaA | Peter Frampton - Do You Feel Like I Do (1).mp3 | Peter Frampton | 4,663kB | Audio |
| rennbyrd@KaZaA | AC_DC -- What You do for Money.mp3 | AC/DC | 3,374kB | Audio |
| rennbyrd@KaZaA | 17 - Play No Games.mp3 | Lil Jon_The East Side Bo... | 2,956kB | Audio |
| rennbyrd@KaZaA | Z-Ro Haters.mp3 | Lil Scrappy F/Lil Jon | 4,035kB | Audio |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Players  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| remboyrd@KaZaA | Z-Ro-Haters.mp3 | Lil Scrappy f/Lil Jon | 4,065KB | Audio | |
| remboyrd@KaZaA | def leppard-rock of ages (5) (5).mp3 | Def Leppard | 3,391KB | Audio | |
| remboyrd@KaZaA | fight or run.mp3 | pastor troy and lil jon | 3,335KB | Audio | |
| remboyrd@KaZaA | devin the dude - Ain't That A Bitch.mp3 | UGK Feat. Devin The Dude | 5,684KB | Audio | |
| remboyrd@KaZaA | Tone Loc - Wild Thang.mp3 | Tone Loc | 3,626KB | Audio | Real Nigga |
| remboyrd@KaZaA | Ying Yang Twins - ATL Eternally Feat.mp3 | Lil Jon | 4,040KB | Audio | |
| remboyrd@KaZaA | Janet Jackson - My Baby Ft Kanye.wma | Janet Ft. Kanye West | 2,566KB | Audio | Se |
| remboyrd@KaZaA | r. kelly - Seem Like You Ready.mp3 | R. Kelly ft. Twista | 5,293KB | Audio | |
| remboyrd@KaZaA | Carpenters - Hurting Each Other.mp3 | Carpenters | 2,616KB | Audio | |
| remboyrd@KaZaA | lynard skynard - free bird (1).mp3 | Lynard Skynard | 6,283KB | Audio | |
| remboyrd@KaZaA | AlbumArt_{3E040CEC-6677-48E5-8931-963127323D33}_L... | Unknown | 11KB | Image | AlbumArt_{3E040CEC-6677-48E5 My sab |
| remboyrd@KaZaA | Lynyrd Skynyrd - Mr. Saturday Night Special.mp3 | lynard skynyrd | 4,876KB | Audio | |
| remboyrd@KaZaA | Mick_Gina's Special Day.kpl | various | 0KB | | Ju |
| remboyrd@KaZaA | Cher - Heart Of Stone .mp3 | Cher | 3,392KB | Audio | |
| remboyrd@KaZaA | AlbumArt_{3E040CEC-6677-48E5-8931-963127323D33}_... | Unknown | 2KB | Image | AlbumArt_{3E040CEC-6677-48E5 I won't last |
| remboyrd@KaZaA | Carpenters - I won't last a day without you.mp3 | Carpenters | 3,493KB | Audio | Y |
| remboyrd@KaZaA | yesterdayoncemore.mp3 | Carpenters | 3,252KB | Audio | |
| remboyrd@KaZaA | West Side Connection - Gangsta Nation (Feat. Nate Dogg)... | 3) | 8,416KB | Audio | Gangsta Nation |
| remboyrd@KaZaA | Crime Mob 06.mp3 | Crime Mob | 5,291KB | Audio | |
| remboyrd@KaZaA | AlbumArt_{C6539BC1-2445-4B8C-98F7-82F60E9AEE64}_... | Unknown | 12KB | Image | AlbumArt_{C6539BC1-2445-4B8C |
| remboyrd@KaZaA | AlbumArt_{C6539BC1-2445-4B8C-98F7-82F60E9AEE64}_... | Unknown | 2KB | Image | AlbumArt_{C6539BC1-2445-4B8C |
| remboyrd@KaZaA | Carpenters_Don't You Remember.mp3 | Carpenters | 2,702KB | Audio | D |
| remboyrd@KaZaA | Get Low Remix.mp3 | Lil Jon Feat. Elephant Man | 5,719KB | Audio | 15-Lil Jon Ft |
| remboyrd@KaZaA | AlbumArtSmall.jpg | Unknown | 2KB | Image | |
| remboyrd@KaZaA | AlbumArt_{3D964720-8EF3-4598-924D-8DFEFCE067C7}_... | Unknown | 10KB | Image | AlbumArt_{3D964720-8EF3-4598- |
| remboyrd@KaZaA | desktop.ini | Unknown | 0KB | | |
| remboyrd@KaZaA | The Judds - Why Not Me.mp3 | The Judds | 3,307KB | Audio | |
| remboyrd@KaZaA | Juvenile - Slow Motion (1).wma | Juvenile | 1,965KB | Audio | |
| remboyrd@KaZaA | 12 - Hey Woo.mp3 | Loon ft. Missy Elliot | 5,091KB | Audio | |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| rembyrd@KaZaA | 12 - Hey Woo.mp3 | Loon ft. Missy Elliot | 5,091KB | Audio | |
| rembyrd@KaZaA | 11 - Higher ft. Ludacris.mp3 | Twista | 4,967KB | Audio | |
| rembyrd@KaZaA | Ja Rule - Put It On Me Feat. Vita.mp3 | Ja Rule | 4,106KB | Audio | Put |
| rembyrd@KaZaA | Ja Rule - Hola Hola.mp3 | Ja Rule | 4,237KB | Audio | |
| rembyrd@KaZaA | The Guess Who - Magic Carpet Ride.mp3 | Three Dog Night - | 2,260KB | Audio | |
| rembyrd@KaZaA | The Four Seasons - Oh What A Night.mp3 | Three Dog Night | 3,391KB | Audio | Oh What A Night |
| rembyrd@KaZaA | The Pretenders - Angel of the Morning.mp3 | ELO | 3,366KB | Audio | A |
| rembyrd@KaZaA | CCR - Rollin On A River.mp3 | Credence Clearwater Rev... | 1,458KB | Audio | |
| rembyrd@KaZaA | CCR - Commotion.mp3 | CCR | 2,551KB | Audio | |
| rembyrd@KaZaA | Ludacris - Stand Up (Dirty).mp3 | Ludacris | 5,263KB | Audio | |
| rembyrd@KaZaA | 01-ludacris-act_a_fool_(dirty)-wcr (1).mp3 | Ludacris | 4,193KB | Audio | |
| rembyrd@KaZaA | Missy Elliot - Work It (Dirty).mp3 | Missy Elliot | 4,117KB | Audio | |
| rembyrd@KaZaA | threesomes.avi | unknown | 12,007KB | Video | Hot a... |
| rembyrd@KaZaA | jkwon-tipsy(dirty).mp3 | J-Kwon | 3,755KB | Audio | |
| rembyrd@KaZaA | diamond rio - Beautiful Mess.mp3 | Diamond Rio | 3,460KB | Audio | |
| rembyrd@KaZaA | Blaque - Bring It All To Me.mp3 | Blaque Feat N'sync | 3,408KB | Audio | |
| rembyrd@KaZaA | Blaque - 808 (remix).mp3 | Blaque | 3,626KB | Audio | |
| rembyrd@KaZaA | Bread - The Guitar Man (1).mp3 | Bread | 3,928KB | Audio | |
| rembyrd@KaZaA | Next - Too Close.mp3 | Next | 4,049KB | Audio | |
| rembyrd@KaZaA | Gordon Lightfoot - Sundown.mp3 | Gordon Lightfoot | 6,756KB | Audio | |
| rembyrd@KaZaA | Loon - down for me(ft mario winans)-rns.mp3 | Loon | 6,082KB | Audio | Down For Me (F |
| rembyrd@KaZaA | lynard skinner - Oh, Black Betty.mp3 | Lynard Skynard | 5,632KB | Audio | |
| rembyrd@KaZaA | Next - Dancin' Real Close.mp3 | Next | 4,059KB | Audio | |
| rembyrd@KaZaA | Gloria Estefan - Words Get In The Way.mp3 | Gloria Estefan | 3,149KB | Audio | Wo |
| rembyrd@KaZaA | Ying Yang Twins saltshaker.mp3 | Ying Yang Twins | 5,872KB | Audio | Salt S |
| rembyrd@KaZaA | LilFlip-GameOver-Explicit-LilFlip (1).mp3 | Lil Flip | 3,642KB | Audio | |
| rembyrd@KaZaA | Blaque - 808 remix.mp3 | Blaque | 5,413KB | Audio | |
| rembyrd@KaZaA | Pumpitup.mp3 | Joe Budden | 3,856KB | Audio | |
| rembyrd@KaZaA | john michael montgomery - sold.mp3 | John Michael Montgomery | 2,382KB | Audio | Sold (Grun... |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| rembyrd@KaZaA | john michael montgomery - sold.mp3 | John Michael Montgomery | 2,386kB | Audio | Sold(Grund... |
| rembyrd@KaZaA | Carol King - Natural woman.mp3 | Carole King | 3,594kB | Audio | You Make Me |
| rembyrd@KaZaA | Gladys Knight_The Pips - Neither One Of Us.mp3 | Gladys Knight_The Pips | 4,065kB | Audio | |
| rembyrd@KaZaA | Kiss - Beth.mp3 | Kiss | 2,605kB | Audio | |
| rembyrd@KaZaA | I wanna get to know ya.mp3 | G-Unit | 6,215kB | Audio | I want |
| rembyrd@KaZaA | Nick Cannon Feat. R.kelly - Gigalo.mp3 | Nick Cannon Ft. R. Kelly | 5,425kB | Audio | |
| rembyrd@KaZaA | Garth Brooks - Shameless.mp3 | Garth Brooks | 4,044kB | Audio | |
| rembyrd@KaZaA | LeAnn Rimes - Right Kind Of Wrong.mp3 | LeAnn Rimes | 1,778kB | Audio | R |
| rembyrd@KaZaA | The Clipse - Lord Willin' - 08 - When Was The Last Time.mp3 | Clipse | 4,049kB | Audio | When |
| rembyrd@KaZaA | jayz06..mp3 | Jay-Z | 5,062kB | Audio | Cut Off Your Shoulder (Prod... |
| rembyrd@KaZaA | Garth Brooks - To Make You Feel My Love.mp3 | Garth Brooks | 3,657kB | Audio | To Make |
| 2 Users | Lil' Wayne Bring It Back -.mp3 | Lil' Wayne | 8,216kB | Audio | |
| rembyrd@KaZaA | Garth Brooks - Papa Loved Mama.mp3 | Garth Brooks | 2,721kB | Audio | |
| rembyrd@KaZaA | Carol King - I Feel the Earth Move.mp3 | Carol King | 2,830kB | Audio | I F |
| rembyrd@KaZaA | 15 - Read Your Mind (Remix).mp3 | Avant | 3,942kB | Audio | Read |
| rembyrd@KaZaA | Clipse, Missy Elliot, Jay-Z, _Freeway - Crew Deep (Remix)... | Clipse, Missy, Jay Z, Fre... | 3,281kB | Audio | |
| rembyrd@KaZaA | T.I. - Too $hort - I'm Serious - Hotel - 13.mp3 | T.I. / Too $hort | 4,788kB | Audio | |
| rembyrd@KaZaA | Pastor Troy Feat. D$GB - I'm Outside.mp3 | Pastor Troy Feat. D$GB | 5,342kB | Audio | |
| rembyrd@KaZaA | Jodee Messina - Burn.mp3 | Jo Dee Messina | 3,271kB | Audio | |
| rembyrd@KaZaA | Lynard Skynard - What's Your Name.mp3 | Lynyrd Skynyrd | 3,328kB | Audio | Is There A |
| rembyrd@KaZaA | Pink Floyd - Is There Anybody Out There.mp3 | Pink Floyd | 2,792kB | Audio | |
| rembyrd@KaZaA | Lynard Skynard - Free Bird.mp3 | Lynyrd Skynyrd | 9,460kB | Audio | |
| rembyrd@KaZaA | George Straight - Check Yes or No.mp3 | George Straight | 3,104kB | Audio | |
| rembyrd@KaZaA | Whitney Houston - Shoop Shoop (Waiting to Exhale).mp3 | Whitney Houston | 3,225kB | Audio | Shoop Shoop |
| rembyrd@KaZaA | Outkast - The Whole World.MP3 | Outkast | 2,005kB | Audio | |
| rembyrd@KaZaA | 12-chingy-holiday_in_ft.mp3 | Chingy;Ludacris;Snoop D... | 7,371kB | Audio | |
| rembyrd@KaZaA | Outcast-Ms Jackson.mp3 | Outkast | 3,698kB | Audio | |
| rembyrd@KaZaA | Garth Brooks - Two of a Kind, Workin' on a Full House.mp3 | Garth Brooks | 2,472kB | Audio | Two of a Kind, Wor |
| rembyrd@KaZaA | Kentucky Headhunters - Cotton Eye Joe.mp3 | Kentucky Headhunters | 2,731MB | Audio | |

2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

Found 1187 files