**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rennbyrd@KaZaA | Kentucky Headhunters - Cotten Eye Joe.mp3 | Kentucky Headhunters | 2,731KB | Audio |
| rennbyrd@KaZaA | Midnight Star - Slow Jam.mp3 | Atlantic Starr | 4,116KB | Audio |
| rennbyrd@KaZaA | BREAD - BABY I'M A WANT YOU.MP3 | Breed | 2,314KB | Audio |
| rennbyrd@KaZaA | George Straight - Check Yes Or No (1).mp3 | George Strait | 2,721KB | Audio |
| rennbyrd@KaZaA | George Strait-Pure Country.mp3 | George Straight | 2,534KB | Audio |
| rennbyrd@KaZaA | BTO - You Aint Seen Nothing Yet.mp3 | BTO | 3,625KB | Audio |
| 2 Users | Jodee Messina - Bye Bye.mp3 | Jo Dee Messina | 3,125KB | Audio |
| rennbyrd@KaZaA | Country - John Michael Montgomery - Be My Baby Tonight... | John Michael Montgomery | 2,681KB | Audio |
| rennbyrd@KaZaA | Warp Brothers - We Will Survive (Aquagen RMX).MP3 | Warp Brothers | 5,354KB | Audio |
| rennbyrd@KaZaA | young_gunz_feat.mp3 | Young Gunz Feat. Rell | 5,618KB | Audio |
| rennbyrd@KaZaA | Tlc feat. Lil' Jon - Get some.mp3 | TLC Feat Lil Jon Young Bl... | 6,071KB | Audio |
| rennbyrd@KaZaA | Iio - Rapture (4).mp3 | Iio | 3,243KB | Audio |
| rennbyrd@KaZaA | DJ Baby Ann - Pulse.mp3 | Dj Baby Anne | 3,906KB | Audio |
| rennbyrd@KaZaA | BTO - Let It Ride.mp3 | Bachman Turner Overdrive | 4,214KB | Audio |
| rennbyrd@KaZaA | Jodee Messina - Roll With the Punches.mp3 | Jo Dee Messina | 3,145KB | Audio |
| rennbyrd@KaZaA | Jo Dee Messina - Bring on the Rain.mp3 | JoDee Messina | 3,740KB | Audio |
| rennbyrd@KaZaA | 13-bubba_sparxxx-deliverance-0mni.mp3 | Bubba Sparks | 7,576KB | Audio |
| rennbyrd@KaZaA | Whitney Houston- It's Not Right But It's Okay [Dance Remi... | Whitney Houston | 4,046KB | Audio |
| rennbyrd@KaZaA | BTO - Roll On Down The Highway.mp3 | BTO | 3,724KB | Audio |
| rennbyrd@KaZaA | Jodee Messina - Lesson In Leaving.mp3 | JoDee Messina | 3,404KB | Audio |
| rennbyrd@KaZaA | Styx - Crystal Ball.mp3 | Styx | 4,266KB | Audio |
| rennbyrd@KaZaA | Ted Nugent - Cat Scratch Fever.mp3 | Ted Nugent | 2,845KB | Audio |
| rennbyrd@KaZaA | Shes My Kind of Rain.mp3 | Tim McGraw | 4,284KB | Audio |
| rennbyrd@KaZaA | Tim McGraw - Everywhere.mp3 | Tim McGraw | 4,541KB | Audio |
| rennbyrd@KaZaA | Master P-dem jeans.mp3 | Master P | 5,237KB | Audio |
| rennbyrd@KaZaA | Don McLean - Bye Bye Miss American Pie (1).mp3 | Jimmy Buffet | 6,023KB | Audio |
| rennbyrd@KaZaA | Tricky With PJ Harvey - Broken Homes.mp3 | Tricky with PJ Harvey | 3,328KB | Audio |
| rennbyrd@KaZaA | Leanne Rimes - Please Remember - Leann Rimes.mp3 | LeAnn Rimes | 4,321KB | Audio |
| rennbyrd@KaZaA | Alice and Chairs - Down in a Hole.mp3 | Alice and Chains | 4,083KB | Audio |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| rennbyrd@KaZaA | Alice and Chains - Down in a Hole.mp3 | Alice and Chains | 4,898KB | Audio | |
| rennbyrd@KaZaA | Gwyneth Paltrow - Cruisin.mp3 | Gwyneth Paltrow_Huey ... | 4,571KB | Audio | |
| rennbyrd@KaZaA | Eagles - Take It To The Limit.mp3 | Eagles | 4,476KB | Audio | Di |
| rennbyrd@KaZaA | Ludacris - Diamond In The Back.mp3 | Ludacris | 3,956KB | Audio | |
| rennbyrd@KaZaA | Coyote Ugly-I don't like to.mp3 | Coyote Ugly - Martina M.... | 3,176KB | Audio | |
| rennbyrd@KaZaA | Cameo - Candy.mp3 | Cameo | 5,294KB | Audio | |
| rennbyrd@KaZaA | 321Studios DVD X Copy v1.0.625.exe | 321Studios | 26,750KB | Software | DVD XCopy v1.0.625 + cr |
| rennbyrd@KaZaA | Jodee Messina - Burn (1).mp3 | Jo Dee Messina | 3,271KB | Audio | |
| rennbyrd@KaZaA | Rob Zombie - 04 - Never Gonna Stop.mp3 | Rob Zombie | 2,979KB | Audio | |
| rennbyrd@KaZaA | Styx-Lady.mp3 | Styx | 3,306KB | Audio | |
| 2 Users | Garth Brooks - She's Every Woman.mp3 | Garth Brooks | 2,702KB | Audio | Yo |
| rennbyrd@KaZaA | Chicago - You're The Inspiration.mp3 | Chicago | 3,596KB | Audio | Ha |
| rennbyrd@KaZaA | Chicago - Hard To Say I'm Sorry.mp3 | Chicago | 3,547KB | Audio | It's no |
| rennbyrd@KaZaA | dance-Whitney Houston - It's Not Right But Its Okay.mp3 | Whitney Houston | 4,046KB | Audio | |
| rennbyrd@KaZaA | 06 - I'm Really Hot.mp3 | Missy Elliott | 3,299KB | Audio | |
| rennbyrd@KaZaA | ELO - Strange Magic.mp3 | ELO | 4,253KB | Audio | |
| rennbyrd@KaZaA | train - Drops from Jupiter.mp3 | Train | 4,072KB | Audio | Let |
| rennbyrd@KaZaA | Ted Nugent - Cat Scratch Fever (1).mp3 | Ted Nugent | 3,442KB | Audio | |
| rennbyrd@KaZaA | INOJ - Let Me Love You Down (2).mp3 | INOJ | 4,098KB | Audio | |
| rennbyrd@KaZaA | ted_nugent-pussywhipped-esc.mp3 | Ted Nugent | 4,222KB | Audio | |
| rennbyrd@KaZaA | Aaliyah - At Your Best.mp3 | Aaliyah | 4,556KB | Audio | |
| rennbyrd@KaZaA | CLASSIC-BLUES-JAZZ-BB King - Lucille.mp3 | BB King | 9,550KB | Audio | |
| rennbyrd@KaZaA | Audio - Fine Arts Militia Album.kpl | Fine Arts Militia | 1KB | Audio | Audio - Fin |
| rennbyrd@KaZaA | 16-avant-read_your_mind-whoa.mp3 | Avant | 5,500KB | Audio | |
| rennbyrd@KaZaA | Lil Jon and Eastside Boyz - Track02 (3).mp3 | Lil Jon and Eastside Boyz | 5,830KB | Audio | |
| rennbyrd@KaZaA | Three Dog Night - Jerimia was a bullfrog.mp3 | Three Dog Night | 3,363KB | Audio | Je |
| rennbyrd@KaZaA | Audio - Public Enemy Revolverlution Album.kpl | Public Enemy | 3KB | Audio | Audio - Public Enemy Re |
| rennbyrd@KaZaA | Peaches_Herb - Reunited.mp3 | Peaches and Herb | 3,750KB | Audio | |
| rennbyrd@KaZaA | Chic - Everybody Dance.mp3 | Chic | 3,310KB | Audio | |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rennbyrd@KaZaA | Chic - Everybody Dance.mp3 | Chic | 3,310KB | Audio |
| rennbyrd@KaZaA | Project Pat - North Memphis.mp3 | Project Pat | 1,596KB | Audio |
| rennbyrd@KaZaA | Fugees - Ready Or Not.mp3 | Fugees | 3,104KB | Audio |
| rennbyrd@KaZaA | 01-murphy_lee-wat_da_hook_gon_be-xxl.mp3 | Murphy Lee | 5,296KB | Audio |
| rennbyrd@KaZaA | Audio - The Honey Palace Album.kpl | The Honey Palace | 1KB | Audio - The H |
| rennbyrd@KaZaA | pastor troy - vice Versa (explicit).mp3 | Pastor Troy | 4,154KB | Audio |
| rennbyrd@KaZaA | Baby Boy - Likes Dat - 09 - the_wey_i_live-rage.mp3 | Baby Boy | 5,958KB | Audio |
| rennbyrd@KaZaA | pastor troy - i declare war.mp3 | pastor troy | 4,022KB | Audio pastor |
| 2 Users | ELO - Turn To Stone.mp3 | Electric Light Orchestra | 3,594KB | Audio |
| rennbyrd@KaZaA | india arie-'Ready For Love'.mp3 | India Arie | 4,202KB | Audio 'Ready For |
| rennbyrd@KaZaA | Adult movies - Janine Anal (1).mpg | Porno | 5,016KB | Video Porn:Dirty Young Slut # |
| rennbyrd@KaZaA | Lil' Jon_The Eastside Boyz - Kings of Crunk - 15 - Ooh Na ... | Lil' Jon_The Eastside Bo... | 4,533KB | Audio C |
| rennbyrd@KaZaA | limp bizket - rollin remix (clean) (6).mp3 | Limp Bizkit | 3,830KB | Audio |
| rennbyrd@KaZaA | Slow Jamz.mp3 | Twista ft. Kanye West | 3,216KB | Audio |
| rennbyrd@KaZaA | Outkast - Hoobie Hoo.mp3 | Outkast | 3,746KB | Audio |
| rennbyrd@KaZaA | Sade - Paradise.mp3 | Sade | 3,381KB | Audio |
| rennbyrd@KaZaA | Dwight Yokum - Honkey Tonk Man.mp3 | Dwight Youkam | 2,629KB | Audio |
| rennbyrd@KaZaA | sade-kiss_of_life.mp3 | sade | 5,482KB | Audio |
| rennbyrd@KaZaA | R.Kelly - Feeling On Your Booty.mp3 | R. Kelly | 3,872KB | Audio |
| rennbyrd@KaZaA | Project Pat - Ass Clap.mp3 | Project Pat | 3,779KB | Audio |
| rennbyrd@KaZaA | Lil Kim ft Sisco - How Many Licks.mp3 | Lil' Kim | 5,453KB | Audio |
| rennbyrd@KaZaA | UGK - Wood Wheel.mp3 | UGK | 6,947KB | Audio |
| rennbyrd@KaZaA | Mr Cheeks,Missy,P Diddy - Lights Camera Action Remix.mp3 | Mr Cheeks ft Missy and P... | 3,220KB | Audio Lights C |
| rennbyrd@KaZaA | Chaka Khan - Ain't Nobody.mp3 | Chaka Chan | 4,388KB | Audio |
| rennbyrd@KaZaA | paul simon - loves me like a rock.mp3 | Paul Simon | 3,090KB | Audio Lo |
| rennbyrd@KaZaA | Carpenters - Close To You.mp3 | Carpenters | 3,443KB | Audio |
| rennbyrd@KaZaA | Sade - Best Of Sade - 12 - Like A Tatoo.MP3 | Sade | 3,391KB | Audio |
| rennbyrd@KaZaA | Simon and Garfunkel - I Am A Rock.mp3 | Paul Simon and Garfunkel | 2,692KB | Audio |
| rennbyrd@KaZaA | Sonny Cher - I've Got You Babe (1).mp3 | Sonny and Cher | 3,018KB | Audio |

2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

Found 1187 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | New search | My Kazaa | Downloaded | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| rennbyrd@KaZaA | Sonny_Cher - I've Got You Babe (1).mp3 | Sonny and Cher | 3,018kB | Audio | |
| rennbyrd@KaZaA | Sonny and Cher - I Got You Babe.mp3 | Sonny and Cher | 2,961kB | Audio | Close To You |
| rennbyrd@KaZaA | xctrecordz+shorty.mp3 | Busta Rhymes Feat. Chin… | 3,816kB | Audio | Crooked Le |
| rennbyrd@KaZaA | Sade - Mermaid (1).mp3 | sade | 4,103kB | Audio | |
| rennbyrd@KaZaA | Melisa Ethridge - Yes I Am.mp3 | Melissa Etheridge | 3,091kB | Audio | Le |
| rennbyrd@KaZaA | The Carpenters - Carpenters Gold - Greatest Hits - 14 - (T... | Carpenters | 3,448kB | Audio | |
| rennbyrd@KaZaA | 16-method_man-crooked_letter_i_(feat_streetlife)-rns.mp3 | Method Man | 5,286kB | Audio | |
| rennbyrd@KaZaA | Rave - Techno- Trance on Ecstasy.mp3 | TRANCE | 4,006kB | Audio | Ft |
| rennbyrd@KaZaA | Earth Wind and Fire - Let's Groove Tonight.mp3 | Earth Wind and Fire | 5,290kB | Audio | |
| rennbyrd@KaZaA | 01-loon_ft_kellis-how_you_want_that-osc.mp3 | Loon Ft Kelis | 6,301kB | Audio | |
| rennbyrd@KaZaA | pt bull feat lil jon-culo.mp3 | pitbull | 3,284kB | Audio | |
| rennbyrd@KaZaA | Pure Disco - Boogie Night.mp3 | Earth Wind and Fire | 3,176kB | Audio | |
| rennbyrd@KaZaA | 02-petey_pablo-freek-a-leek_(dirty)-poise.mp3 | Petey Pablo | 5,439kB | Audio | |
| rennbyrd@KaZaA | Tracy Chapman - Fast Car (1).mp3 | Tracy Chapman | 4,634kB | Audio | 50 Ways T... |
| rennbyrd@KaZaA | Paul Simon - 50 Ways To Leave Your Lover.mp3 | Paul Simon | 3,312kB | Audio | |
| rennbyrd@KaZaA | KC and the Sunshine Band - Boogy Shoes.mp3 | KC_the Sunshine Band | 2,060kB | Audio | |
| rennbyrd@KaZaA | KC_The Sunshine Band - Get Down Tonight.mp3 | KC and the Sunshine Band | 4,972kB | Audio | |
| rennbyrd@KaZaA | 01-black_eyed_peas_feat_justin_timberlake-where_is_th… | Black Eyed Peas Feat. Jus… | 5,336kB | Audio | That |
| rennbyrd@KaZaA | Expose - Come Go With Me.mp3 | Expose | 4,056kB | Audio | |
| 2 Users | KC_The Sunshine Band - That's The Way I Like It.mp3 | KC and the Sunshine Band | 2,871kB | Audio | |
| rennbyrd@KaZaA | Alannah Myles - Black Velvet.mp3 | Melissa Etheridge | 4,520kB | Audio | |
| rennbyrd@KaZaA | AUDIOSLAVE-like_a_stone-.mp3 | Chris Cornell - Rage | 4,644kB | Audio | H |
| rennbyrd@KaZaA | I cool j-head sprung-head sprung           .mp3 | LL Cool J | 6,215kB | Audio | H |
| rennbyrd@KaZaA | HEAD SPRUNG         definition LL COOL J-gsm.mp3 | LL Cool J | 5,015kB | Audio | |
| rennbyrd@KaZaA | Rolling Stones - Paint It Black.mp3 | Rolling Stones | 3,526kB | Audio | |
| rennbyrd@KaZaA | Earth, wind and fire - Dou you remember.mp3 | Earth Wind And Fire | 3,398kB | Audio | |
| 2 Users | Bow Wow Feat. Baby - Let's Get Down.mp3 | Bow Wow Feat. Baby | 6,029kB | Audio | |
| rennbyrd@KaZaA | Bread - The Guitar Man.mp3 | Bread | 3,558kB | Audio | |
| rennbyrd@KaZaA | The Who - Pinball Wizard (1).mp3 | The Who | 2,773kB | Audio | |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | Theater | My Kazaa | Search | Traffic | Shop | Tell A Friend

New search | My Downloads | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rernbyrd@KaZaA | The Who - Pinball Wizard (1).mp3 | The Who | 2,779kB | Audio |
| rernbyrd@KaZaA | Cameo - Word Up.mp3 | Cameo | 4,042kB | Audio |
| rernbyrd@KaZaA | Carol King - You've Got A Friend (1).mp3 | Carole King | 4,746kB | Audio |
| rernbyrd@KaZaA | Please Send Me Someone To Love.mp3 | Sade | 3,510kB | Audio |
| rernbyrd@KaZaA | Cee-lo- Ill Be Around.mp3 | Cee Lo feat. Timberland | 7,028kB | Audio |
| rernbyrd@KaZaA | Black Eyed Peas - Let's Get It Started.mp3 | Black Eyed Peas | 5,096kB | Audio |
| rernbyrd@KaZaA | Daniel - I Gotta Get Through This.mp3 | Daniel | 4,935kB | Audio |
| rernbyrd@KaZaA | 04-kanye_west-jesus_walks-jz.mp3 | Kanye West | 4,887kB | Audio |
| rernbyrd@KaZaA | DiS' hOW We Do It- BiG tYmErZ.mp3 | Big Tymers | 6,099kB | Audio |
| rernbyrd@KaZaA | Dixie Chicks - Goodbye Earl.mp3 | Dixie Chicks | 4,060kB | Audio |
| rernbyrd@KaZaA | Eagles - Best Of My Love.mp3 | Eagles | 4,256kB | Audio |
| rernbyrd@KaZaA | Eagles - Hotel California.mp3 | Eagles | 6,735kB | Audio |
| rernbyrd@KaZaA | Eagles - Lyin' Eyes.mp3 | The Eagles | 5,956kB | Audio |
| rernbyrd@KaZaA | Eagles - Witchy Woman.mp3 | Eagles | 3,943kB | Audio |
| rernbyrd@KaZaA | Faith Hill - The Way You Love Me.mp3 | Faith Hill | 2,889kB | Audio |
| rernbyrd@KaZaA | LIL WAYNE THA CARTER_bring it back (feat. mannie fresh)... | Unknown | 2,881kB | Audio |
| rernbyrd@KaZaA | Garth Brooks - Two Of A Kind Workin' On A Full House.mp3 | Garth Brooks | 2,979kB | Audio |
| rernbyrd@KaZaA | Garth Brooks - Unanswered Prayers.mp3 | Garth Brooks | 3,210kB | Audio |
| rernbyrd@KaZaA | KC_The Sunshine Band - Please Don't Go.mp3 | KC and The Sunshine Band | 3,612kB | Audio |
| rernbyrd@KaZaA | Ciara - Goodies feat. Petey Pablo.wma | Ciara ft. Petey Pablo | 4,309kB | Audio |
| rernbyrd@KaZaA | JoDee Messina-I Wish.mp3 | Jo Dee Messina | 3,349kB | Audio |
| rernbyrd@KaZaA | Joe - 03 - What If A Woman.mp3 | Joe | 4,991kB | Audio |
| rernbyrd@KaZaA | Sade - Pearls.mp3 | Sade | 4,333kB | Audio |
| rernbyrd@KaZaA | Crazy Town - Butterfly.mp3 | Crazy Town | 5,096kB | Audio |
| rernbyrd@KaZaA | 06-mase-welcome_back-whoa.mp3 | Mase | 4,620kB | Audio |
| rernbyrd@KaZaA | MemphisBleek_roundhere.mp3 | Memphis Bleek | 7,083kB | Audio |
| rernbyrd@KaZaA | Lil Troy - Wanna Be A Baller.mp3 | Lil Troy | 5,547kB | Audio |
| rernbyrd@KaZaA | Kieth Sweat - Right and Wrong Way.mp3 | Keith Sweat | 3,486kB | Audio |
| rernbyrd@KaZaA | erasure - take a chance on me.mp3 | Mamma Mia! - Original Ca... | 3,333kB | Audio |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

Kazaa - [Search] (rotated screenshot)

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rennbyrd@KaZaA | erasure - take a chance on me.mp3 | Mamma Mia! - Original Ca... | 3,338kB | Audio |
| rennbyrd@KaZaA | lonestar - Im Already There.mp3 | Lonestar | 3,976kB | Audio |
| rennbyrd@KaZaA | 3Three Six Mafia - Choices - War With Us (1).mp3 | Three Six Mafia | 3,527kB | Audio |
| rennbyrd@KaZaA | Terror Squad ft. Eminem, Mase and Lil Jon - Lean Back Rem... | Terror Squad | 4,475kB | Audio |
| rennbyrd@KaZaA (2 Users) | Trillville - What U Wanna Do.mp3 | lil scrappy | 4,591kB | Audio |
| rennbyrd@KaZaA | Westside Connection - The Streets (Remix).mp3 | WC, Snoop Dogg, Nate D... | 3,400kB | Audio |
| rennbyrd@KaZaA | I Wont Tell.mp3 | Petey Pablo ft. Ciara | 3,473kB | Audio |
| rennbyrd@KaZaA | Tony Bennett - My Funny Valentine.mp3 | Matt Damon | 3,019kB | Audio |
| rennbyrd@KaZaA | Will Smith - Gettin Jiggy With It.mp3 | Will Smith | 3,612kB | Audio |
| rennbyrd@KaZaA | C + C Music Factory - Gonna Make You Sweat.mp3 | C and C Music Factory | 6,426kB | Audio |
| rennbyrd@KaZaA | The X-Ecutioners feat. Linkin Park - It's Going Down.mp3 | The X-Ecutioners | 3,323kB | Audio |
| rennbyrd@KaZaA | Tim McGraw - Grown men don't cry.mp3 | Tim McGraw | 4,624kB | Audio |
| rennbyrd@KaZaA | Run DMC - It's Tricky.mp3 | Run DMC | 2,883kB | Audio |
| rennbyrd@KaZaA | timberland ft.MP3 | timbaland_magoo | 4,789kB | Audio |
| rennbyrd@KaZaA | Gap Band - Early In The Morning.mp3 | Gap Band | 3,705kB | Audio |
| rennbyrd@KaZaA | Sugar Hill Gang - Rappers Delight..mp3 | Sugar Hill Gang | 7,124kB | Audio |
| rennbyrd@KaZaA | Pet Shop Boys - West End Girls.mp3 | Pet Shop Boys | 3,709kB | Audio |
| rennbyrd@KaZaA | Confederate Railroad - Queen Of Memphis.mp3 | Confederate Railroad | 3,132kB | Audio |
| rennbyrd@KaZaA | George Straight - Check Yes Or No2.mp3 | George Strait | 2,120kB | Audio |
| rennbyrd@KaZaA | Maxwell - Now - Lifetime.mp3 | Maxwell | 5,226kB | Audio |
| rennbyrd@KaZaA | Big Tymers - o ya.mp3 | Big Tymers | 4,609kB | Audio |
| rennbyrd@KaZaA | Ciara ft.mp3 | Ciara ft. Peety pablo | 6,423kB | Audio |
| rennbyrd@KaZaA | young buck - let me in ft. 50 cent.mp3 | Young Buck | 4,488kB | Audio |
| rennbyrd@KaZaA | Diamond Rio - Meet In The Middle.mp3 | Diamond Rio | 3,006kB | Audio |
| rennbyrd@KaZaA | Project Pat - Ghetty Green - 08 - Run A Train.mp3 | Project Pat | 3,800kB | Audio |
| rennbyrd@KaZaA | Nelly - Airforce One.mp3 | Nelly | 4,752kB | Audio |
| rennbyrd@KaZaA | Reba McEntire - Fancy.mp3 | Reba McEntire | 4,630kB | Audio |
| rennbyrd@KaZaA | Diamond Rio - What A Beautiful Mess.mp3 | Diamond Rio | 3,460kB | Audio |
| | Tokens - The Lion Sleeps Tonight (1).mp3 | Three Dog Night | 3,467kB | Audio |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 2 Users | Tokens - The Lion Sleeps Tonight (1).mp3 | Three Dog Night | 2,487KB | Audio |
| rennbyrd@KaZaA | Tom Petty - Last Dance With Mary Jane.mp3 | Tom Petty | 4,244KB | Audio |
| rennbyrd@KaZaA | Track02.MP3 | Ying Yang Twins | 8,591KB | Audio |
| rennbyrd@KaZaA | George Strait - She'll Leave You With A Smile (1) (1).mp3 | George Strait | 5,569KB | Audio |
| rennbyrd@KaZaA | Houston - I Like That.mp3 | Houston Ft Chingy, I-20... | 5,416KB | Audio |
| 2 Users | ciara ft petey pablo - goodies (1).mp3 | Ciara Feat. Petey Pablo | 5,605KB | Audio |
| rennbyrd@KaZaA | Trillville feat. Lil Jon, Lil Scrappy - Neva Eva.mp3 | Trillville f/Lil Jon, Lil Scra | 6,503KB | Audio |
| 2 Users | Pink Floyd - Comfortably Numb.mp3 | Pink Floyd | 6,000KB | Audio |
| rennbyrd@KaZaA | Prodigy - Firestarter (1).mp3 | Prodigy | 4,410KB | Audio |
| rennbyrd@KaZaA | Niggas Got Me Fucked Up.mp3 | Project Pat | 2,394KB | Audio |
| rennbyrd@KaZaA | Busta Rhymes feat. P, Diddy _The Neptunes - Pass The C... | Busta Rhymes | 4,153KB | Audio |
| rennbyrd@KaZaA | TLC - Baby Baby Baby.mp3 | TLC | 4,636KB | Audio |
| rennbyrd@KaZaA | GTA 2.exe | Luukvg | 34,229KB | Software |
| rennbyrd@KaZaA | GTA3.exe | Roert | 28,432KB | Software |
| rennbyrd@KaZaA | Prince - Darling Nicki.mp3 | Prince | 3,978KB | Audio |
| rennbyrd@KaZaA | Prince - Kiss.mp3 | Prince | 3,598KB | Audio |
| rennbyrd@KaZaA | Hole - Violet.mp3 | Hole | 3,202KB | Audio |
| rennbyrd@KaZaA | Hole - Miss World.mp3 | Hole | 2,813KB | Audio |
| rennbyrd@KaZaA | Project Pat - blunt to my lips.mp3 | Project Pat. | 4,058KB | Audio |
| rennbyrd@KaZaA | Represent It.mp3 | Project Pat. | 3,754KB | Audio |
| rennbyrd@KaZaA | Billy Idol - Eyes Without A Face.mp3 | Billy Idol | 3,970KB | Audio |
| rennbyrd@KaZaA | Sarah McLaughlin - In The Arms of an Angel.mp3 | Sarah Mclaughlin | 4,254KB | Audio |
| rennbyrd@KaZaA | Sarah Mclaughlin - Sweet Surrender.mp3 | Sarah Mclaughlin | 3,759KB | Audio |
| rennbyrd@KaZaA | Sara Mclaughlin - Fallen.mp3 | Sarah McLachlan | 5,391KB | Audio |
| rennbyrd@KaZaA | Sarah McLachlan - Possession.mp3 | Sarah McLachlan | 4,364KB | Audio |
| rennbyrd@KaZaA | Gangsta Boo - Where Dem Dollars At.mp3 | Gangsta Boo | 4,170KB | Audio |
| rennbyrd@KaZaA | Gourds, The - Gin and Juice (Country Remix).mp3 | Gourds, The | 2,840KB | Audio |
| rennbyrd@KaZaA | Whitney Houston - Heartbreak Hotel (1).mp3 | Whitney Houston | 4,396KB | Audio |
| rennbyrd@KaZaA | Maxwell - This Womens Work.mp3 | Maxwell | 3,163KB | Audio |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type | Title |
|---|---|---|---|---|---|
| rennbyrd@KaZaA | Maxwell - This Womens Work.mp3 | Maxwell | 3,139KB | Audio | |
| rennbyrd@KaZaA | Avant - Dont say no, just say yes....mp3 | Avant | 4,319KB | Audio | |
| rennbyrd@KaZaA | Rap - project pat - you know the bizs.mp3 | Project Pat | 2,612KB | Audio | |
| rennbyrd@KaZaA | Through The Pre - Chaka Kahn.mp3 | Chaka Khan | 2,648KB | Audio | Through The |
| rennbyrd@KaZaA | Outkast - I Like The Way You Move.mp3 | Outkast | 5,416KB | Audio | I Like |
| rennbyrd@KaZaA | Laryn Hill-Doo Wop.mp3 | Lauren Hill | 4,992KB | Audio | |
| rennbyrd@KaZaA | Rick James - Give It To Me Baby.mp3 | Rick James | 3,900KB | Audio | |
| rennbyrd@KaZaA | Too Short shake that monkey Instrumental.MP3 | Too Short feat li jon | 4,378KB | Audio | |
| rennbyrd@KaZaA | RubberBand Man.mp3 | T.I. | 5,132KB | Audio | |
| rennbyrd@KaZaA | Sarah Mclachlan - Ada.mp3 | Sarah Mclachlan | 3,822KB | Audio | |
| rennbyrd@KaZaA | Pantera - I'm Broken.mp3 | Pantera | 4,127KB | Audio | |
| rennbyrd@KaZaA | Pantera - Cowboys From Hell.mp3 | Pantera | 3,658KB | Audio | |
| rennbyrd@KaZaA | Pantera - Walk.mp3 | Pantera | 4,087KB | Audio | |
| rennbyrd@KaZaA | Sandstorm (Best Techno Club Mix Ever!) (1).mp3 | Techno | 6,294KB | Audio | |
| rennbyrd@KaZaA | Three Six Mafia - Powder.mp3 | Three Six Mafia | 3,247KB | Audio | |
| rennbyrd@KaZaA | 04-Da Summer.mp3 | Triple Six Mafia | 3,877KB | Audio | |
| rennbyrd@KaZaA | 80's Lionel Richie_Diana Ross - Endless Love.mp3 | Tom Jones_Dionne War... | 2,540KB | Audio | Gonna Make |
| rennbyrd@KaZaA | Sean Paul, BeenieMan_Lady Shaw - Reggae Mix.mp3 | Sean Paul | 1,512KB | Audio | |
| rennbyrd@KaZaA | Busta_Ryhmes_-_Busta_Rhymes_Janet_Jackson_-_Gonna... | Busta Rhymes feat. Janet... | 5,404KB | Audio | |
| rennbyrd@KaZaA | Project Pat f. Gangsta Boo - Ballers (Dirty).mp3 | Project Pat | 3,772KB | Audio | |
| rennbyrd@KaZaA | Bubba Sparks - Ugly feat.mp3 | Bubba Sparxx | 5,240KB | Audio | |
| rennbyrd@KaZaA | Juvenile - Set It Off.mp3 | Monica | 4,122KB | Audio | |
| rennbyrd@KaZaA | Snoop Doggy Dogg - Gin and Juice.mp3 | Snoop Doggy Dog | 3,306KB | Audio | |
| rennbyrd@KaZaA | Motley Crue - Dr. Feelgood.mp3 | Motley Crue | 4,537KB | Audio | |
| rennbyrd@KaZaA | ProjectPat-Track 05.MP3 | Project Pat | 1,308KB | Audio | |
| rennbyrd@KaZaA | Houston - I Like That (1).mp3 | Houston | 5,416KB | Audio | |
| rennbyrd@KaZaA | SIR CHARLES JONES - Is There Anybody Lonely.mp3 | Sir Charles Jones | 4,394KB | Audio | Is Ther |
| rennbyrd@KaZaA | Pink Floyd - Run Like Hell.mp3 | Pink Floyd | 4,138KB | Audio | |
| rennbyrd@KaZaA | Sisters of Mercy - Cry Little Sister (Theme From The Lost B... | Sisters of Mercy | 4,494KB | Audio | |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rembyrd@KaZaA | Sisters of Mercy - Cry Little Sister (Theme From The Lost B... | Sisters of Mercy | 4,494KB | Audio |
| rembyrd@KaZaA | Billy Idol - White Wedding (1).mp3 | Billy Idol | 3,897KB | Audio |
| rembyrd@KaZaA | 11 - Houston - Bye Bye Love.mp3 | Houston | 2,632KB | Audio |
| rembyrd@KaZaA | Pink Floyd - Hey You (1).mp3 | Pink Floyd | 4,419KB | Audio |
| rembyrd@KaZaA | It's Already Written - Houston - Alright - 10.mp3 | Houston | 4,965KB | Audio |
| rembyrd@KaZaA | Project Pat - Weak Niggaz.mp3 | Project Pat | 4,599KB | Audio |
| rembyrd@KaZaA | Monica - Just One of Them Days.mp3 | Monica | 3,674KB | Audio |
| rembyrd@KaZaA | 10 - Diamonds.mp3 | Lil Jon Mjg Bun B Of Ugk | 5,114KB | Audio |
| rembyrd@KaZaA | Nelly - Batter Up.mp3 | Nelly Feat. St. Lunatics | 5,125KB | Audio |
| rembyrd@KaZaA | Lil Jon - Liberty City.mp3 | lil john,ludacris,too short | 2,840KB | Audio |
| rembyrd@KaZaA | Lil Jon and Eastside Boyz - Track05.mp3 | Lil John_The East Side B... | 4,667KB | Audio |
| rembyrd@KaZaA | Rob Zombie - 11 - House of 1000 Corpses.mp3 | Rob Zombie | 6,015KB | Audio |
| rembyrd@KaZaA | music - Afroman Because I Got High.mp3 | Afroman | 4,859KB | Audio |
| rembyrd@KaZaA | Cameo - Cutie Pie.mp3 | Cameo | 3,886KB | Audio |
| rembyrd@KaZaA | Ugly Kid Joe - Cats In The Cradle.mp3 | Ugly Kid Joe | 3,780KB | Audio |
| rembyrd@KaZaA | Floetry - Say Yes.mp3 | Floetry | 4,223KB | Audio |
| rembyrd@KaZaA | Terror_Squad_Lean_Back_Dirty.mp3 | Terror Squad | 3,407KB | Audio |
| rembyrd@KaZaA | Three Six Mafia Dj Herb - Get Crunk.mp3 | Three 6 Mafia | 3,060KB | Audio |
| rembyrd@KaZaA | Three Six Mafia - Choices.MP3 | Three 6 Mafia | 1,877KB | Audio |
| rembyrd@KaZaA | 2 Live Crew - Face Down Ass Up.mp3 | 2 Live Crew | 2,631KB | Audio |
| rembyrd@KaZaA | Darude vs Warp Brothers - Phat bass Sandstorm.mp3 | ATB | 5,545KB | Audio |
| rembyrd@KaZaA | Red_Meth - cisco_kid_ft_cypress_hill_n_wa.mp3 | Method Man and Redman | 3,755KB | Audio |
| rembyrd@KaZaA | 2 Live Crew - SHAKE WHAT YOUR MAMA GAVE YA - LUKE... | Luke | 3,073KB | Audio |
| rembyrd@KaZaA | 05_Mystikal_-_Pussy_Crook.mp3 | Mystical | 4,250KB | Audio |
| rembyrd@KaZaA | 2 Live Crew - Pop That Pussy.mp3 | 2 Live Crew | 4,021KB | Audio |
| rembyrd@KaZaA | R04- Ciara ft. T.I and petey pablo - Goodies (remix).mp3 | Ciara ft. T.I and petey pab... | 3,805KB | Audio |
| rembyrd@KaZaA | Oldies - Frankie Vallie - Oh What A Night.mp3 | Billy Joel | 5,098KB | Audio |
| rembyrd@KaZaA | Oldies - Temptations - Oh, What a Night.mp3 | The Temptations | 2,945KB | Audio |
| rembyrd@KaZaA | 2 Live Crew - Me So Horney.mp3 | Two Live Crew | 4,593KB | Audio |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rernbyrd@KaZaA | 2 Live Crew - Me So Horney.mp3 | Two Live Crew | 4,330KB | Audio |
| rernbyrd@KaZaA | LIL JON_YING YANG TWINS Get Low(Dirty).mp3 | Lil' John_Eastside Boys | 10,469KB | Audio |
| rernbyrd@KaZaA | Timberland - Drop.mp3 | Timbaland | 3,848KB | Audio |
| rernbyrd@KaZaA | Led Zepplin - Stairway to Heaven.mp3 | Led Zeppln | 7,533KB | Audio |
| rernbyrd@KaZaA | Wild Cherry - Play That Funky Music.mp3 | Wild Cherry | 2,999KB | Audio |
| rernbyrd@KaZaA | Turn Me On (Remix).mp3 | Kevin Lyttle | 4,804KB | Audio |
| rernbyrd@KaZaA | Rick James - Super Freak.mp3 | RICK JAMES | 3,462KB | Audio |
| rernbyrd@KaZaA | 70's Funk - Rick James-She's A Brick House.mp3 | Rick James | 4,160KB | Audio |
| rernbyrd@KaZaA | Rap - Pitbull - Oye Oye.mp3 | Pit-bull | 3,227KB | Audio |
| rernbyrd@KaZaA | Gap Band - Double Dutch Bus (1).mp3 | Gap Band | 5,059KB | Audio |
| rernbyrd@KaZaA | Pitbull - Miami Kid (ft 50 Cent).mp3 | Pit-Bull ft 50 Cent | 3,161KB | Audio |
| rernbyrd@KaZaA | Jay-z feat eminem - Renegades.mp3 | Jay-Z - Renegade Ft Emi... | 2,096KB | Audio |
| rernbyrd@KaZaA | Project Pat - I choose you.mp3 | Project Pat | 3,149KB | Audio |
| rernbyrd@KaZaA | Triple Six_Mafia - South Memphis Bitch.mp3 | Three 6 Mafia | 3,926KB | Audio |
| rernbyrd@KaZaA | Lil John and The Eastside Boyz - Bounce Dat Azz.mp3 | Lil Jon and The Eastside B... | 3,959KB | Audio |
| rernbyrd@KaZaA | Project Pat ft. Juvenile - Back Clap Remix.mp3 | Project Pat | 3,590KB | Audio |
| rernbyrd@KaZaA | [Three_Six Mafia -[Late Night Tip ]].mp3 | Three Six Mafia | 2,796KB | Audio |
| rernbyrd@KaZaA | Triple_Six_Mafia_-_Kings_Of_Memphis_Underground_Vol_... | Project Pat | 3,014KB | Audio |
| rernbyrd@KaZaA | lil flip - candy coated excursion.mp3 | ludacris | 4,058KB | Audio |
| rernbyrd@KaZaA | Twista feat Ludacris - Poppin Tags (original).mp3 | Ludacris ft Twista | 4,404KB | Audio |
| rernbyrd@KaZaA | Beasti Boys - Brass Monkey.mp3 | Beastie Boys | 4,588KB | Audio |
| 2 Users | Miss E Feat Timbaland_Mag.mp3 | missy timberland and mag... | 4,660KB | Audio |
| rernbyrd@KaZaA | Ice Cube - Today Wes A Good Day.mp3 | Ice Cube | 3,581KB | Audio |
| rernbyrd@KaZaA | Three Six Mafia - Hypnotize Camp Posse - 15 - Da First Dat... | Three Six Mafia | 4,778KB | Audio |
| rernbyrd@KaZaA | Big Tymers - Still Fly (dirty).mp3 | Big Tymers | 7,882KB | Audio |
| 2 Users | Timberland_Magoo - Love 2 Luv Ya (2).mp3 | Timberland_Magoo | 4,350KB | Audio |
| rernbyrd@KaZaA | 36 Mafia - Pass That Junt.mp3 | Three Six Mafia | 4,180KB | Audio |
| rernbyrd@KaZaA | three 6 Mafia - Wonabees.mp3 | Triple Six Mafia | 4,426KB | Audio |
| rernbyrd@KaZaA | La Chat-Ya Aint Mad Is Ya.mp3 | La Chat | 6,447KB | Audio |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files