# Kazaa - [Search]

File  View  Players  Tools  Actions  Help

Web | Theater | New search | My Kazaa | Download | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rembyrd@KaZaA | La Chat-Ya Ain't Mad Is Ya.mp3 | La Chat | 6,447KB | Audio |
| rembyrd@KaZaA | Sarah McLachlan - 02 I Love You.mp3 | Sarah McLachlan | 4,441KB | Audio |
| rembyrd@KaZaA | Three Six Mafia - Tounge Ring.mp3 | Three Six Mafia | 2,866KB | Audio |
| rembyrd@KaZaA | UGK - Let Me See It.mp3 | UGK | 3,820KB | Audio |
| rembyrd@KaZaA | UGK - Pocket Full Of Stones.mp3 | UGK | 5,855KB | Audio |
| rembyrd@KaZaA | Prince - Seven.mp3 | Prince | 4,894KB | Audio |
| rembyrd@KaZaA | Ying Yang Twins - What's Happening.mp3 | Ying Yang Twinz | 6,085KB | Audio |
| rembyrd@KaZaA | (11) Fabolous - Into You ft..wma | Fabolous Feat. Tamia | 2,703KB | Audio |
| rembyrd@KaZaA | lil flip - HOES IN THE CLUB.mp3 | lil flip | 4,797KB | Audio |
| rembyrd@KaZaA | Young Gunz - Can't Stop, Won't Stop (Remix).mp3 | Young Gunz Feat Chingy | 6,159KB | Audio |
| rembyrd@KaZaA | 13 - Ludacris - Keep It On The Hush - supermp3s.mp3 | Ludacris | 4,480KB | Audio |
| rembyrd@KaZaA | 36 Mafia - Slangin Rocks.MP3 | project pat | 3,077KB | Audio |
| rembyrd@KaZaA | Jesse Powell - You're The One I Love.mp3 | Jesse Powell | 4,022KB | Audio |
| rembyrd@KaZaA | Three Six Mafia- Break Da Law 95.mp3 | Three Six Mafia | 4,072KB | Audio |
| rembyrd@KaZaA | Not Gonna Cry.mp3 | Mary J. Blige | 3,494KB | Audio |
| rembyrd@KaZaA | SLOW JAMS Stay a while.mp3 | 112 feat. Faith Evans | 4,065KB | Audio |
| rembyrd@KaZaA | Tweet ft.Missy Elliot - Thugman.mp3 | Honey Original Soundtrack | 3,499KB | Audio |
| rembyrd@KaZaA | 03- Wu Tang Clan - Hollow Bones.mp3 | Wu Tang Clan | 3,396KB | Audio |
| rembyrd@KaZaA | GZA ft nas - Let My Niggas Live.mp3 | Wu-Tang Clan | 4,224KB | Audio |
| rembyrd@KaZaA | Wu Tang Clan - The W - Diesel.mp3 | Wutang | 5,254KB | Audio |
| rembyrd@KaZaA | WUTANG_C.MP3 | Wu Tang Clan | 3,719KB | Audio |
| rembyrd@KaZaA | Timberland and Magoo - Luv 2 Luv Ya (remix).mp3 | Timberland_Aaliyah | 4,268KB | Audio |
| rembyrd@KaZaA | 01-marques_houston_ft_joe_budden-clubbin-qmb.mp3 | Marques Houston Ft. Joe... | 5,899KB | Audio |
| rembyrd@KaZaA | Cold Play - For You.mp3 | Coldplay | 5,373KB | Audio |
| rembyrd@KaZaA | Coldplay - Sparks.mp3 | Coldplay | 3,548KB | Audio |
| rembyrd@KaZaA | jlo rkelly.mp3 | J. LO (feat. R Kelly) | 5,952KB | Audio |
| rembyrd@KaZaA | Al Green - Aint No Sunshine When She's Gone.mp3 | Al Green | 1,953KB | Audio |
| rembyrd@KaZaA | Everybody in da Club.mp3 | Ying Yang Twins | 4,252KB | Audio |
| rembyrd@KaZaA | Kylie Minogue Slow Motion (Bonus Track) Body Language 1... | Kylie Minogue | 3,753KB | Audio |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rembyrd@KaZaA | Kylie Minogue Slow Motion (Bonus Track) Body Language 1... | Kylie Minogue | 3,756KB | Audio |
| rembyrd@KaZaA | to the windows to the walls-lil jon and ying yang twins.mp3 | Lil Jon, Ying Yang Twins | 7,831KB | Audio |
| 2 Users | Missy Eliot_Da Brat - Sock It 2 Me.mp3 | Da Band | 4,023KB | Audio |
| rembyrd@KaZaA | Eagles - Seven Bridges Road.mp3 | Eagles | 3,407KB | Audio |
| rembyrd@KaZaA | Eagles - Spirit in the Sky.mp3 | Eagles | 3,770KB | Audio |
| rembyrd@KaZaA | R.mpg | R. Kelly | 31,551KB | Video |
| rembyrd@KaZaA | Tweet ft Missy Bubba sparxx Fabolous-Oops-whoa.mp3 | Tweet feat. Supafriendz | 4,260KB | Audio |
| rembyrd@KaZaA | RKELLY - Ur bodies callin'.mp3 | R. Kelly | 4,336KB | Audio |
| rembyrd@KaZaA | Garth Brooks - Aint Goin Down (till the sun comes up).mp3 | Garth Brooks | 4,279KB | Audio |
| rembyrd@KaZaA | Wu-Tang Clan - Triumph.mp3 | Wu-Tang Clan | 4,612KB | Audio |
| rembyrd@KaZaA | Jodeci ft. Wu Tang - Freakin' You (remix).mp3 | Jodeci | 4,844KB | Audio |
| rembyrd@KaZaA | Total_Missy Eliot - Trippin.mp3 | TOTAL. Feat. MISSY ELIOT | 3,987KB | Audio |
| rembyrd@KaZaA | YING YANG- HO HO.mp3 | Ying Yang Twins | 5,138KB | Audio |
| rembyrd@KaZaA | 01 - Nasty.mp3 | Ying Yang Twins | 4,004KB | Audio |
| rembyrd@KaZaA | ying yang twins - Ballin' G's.mp3 | Ying Yang Twins | 4,746KB | Audio |
| rembyrd@KaZaA | Nelly feat. P. Diddy - Shake Ya Tail Feather.mp3 | Nelly feat. P. Diddy | 4,177KB | Audio |
| rembyrd@KaZaA | Deff Lepord - Animal.MP3 | Def Leppard | 4,765KB | Audio |
| rembyrd@KaZaA | Missy Eliot ft_q-tip - Hot Boyz(Dirty Remix F Nas Eve.mp3 | Missy_, Ja Rule, Tweet | 2,024KB | Audio |
| rembyrd@KaZaA | Meat Loaf - Bad Out of Hell.mp3 | Meatloaf | 4,446KB | Audio |
| rembyrd@KaZaA | Ying Yang Twins - What's Happening.wma | Ying Yang Twins | 2,053KB | Audio |
| rembyrd@KaZaA | Foreigner - Jukebox Hero.mp3 | Foreigner | 4,094KB | Audio |
| rembyrd@KaZaA | Foreigner - Dirty White Boy.mp3 | Foreigner | 3,458KB | Audio |
| rembyrd@KaZaA | Bad Company - I Feel Like Making Love.mp3 | Bad Company | 4,844KB | Audio |
| rembyrd@KaZaA | upthere feat.mp3 | Project Pat | 3,996KB | Audio |
| rembyrd@KaZaA | Project Pat-yea playa.mp3 | Project Pat | 3,559KB | Audio |
| rembyrd@KaZaA | Commodores - Brick House.mp3 | Commodores | 3,375KB | Audio |
| rembyrd@KaZaA | Motown Hts - Lionel Richie_Commodores - Lady (You Brin... | Commodores | 4,526KB | Audio |
| rembyrd@KaZaA | NAS (Feat Lauren Hill) - If I Rule World.mp3 | Lauren Hill feat. Nas | 4,450KB | Audio |
| | Tupac and Jon B - R U Still Down.mp3 | Jon B. Spot | 4,147KB | Audio |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rembyrd@KaZaA | Tupac and Jon B - R U Still Down.mp3 | Jon B_2pac | 4,149KB | Audio |
| rembyrd@KaZaA | Ace a Base - I Saw the Sign.mp3 | Ace a Base | 2,256KB | Audio |
| rembyrd@KaZaA | Jimmy Buffett - Margaritaville.mp3 | Jimmy Buffett | 3,445KB | Audio |
| rembyrd@KaZaA | bass beats - twista feat. timberland.mp3 | twista feat. timberland | 5,034KB | Audio |
| rembyrd@KaZaA | Savage Garden - Truly Madly Deeply.mp3 | Savage Garden | 4,338KB | Audio |
| rembyrd@KaZaA | BeyonceAndKimSexyRemix.mp3 | Beyoncé ft. Lil' Kim | 4,704KB | Audio |
| rembyrd@KaZaA | Timberland, Magoo, Missy Elliot ~ Up Jumps Da' Boogie.mp3 | Timbaland and Magoo | 4,694KB | Audio |
| rembyrd@KaZaA | Motley Crue - Shout At The Devil.mp3 | Motley Crue | 3,036KB | Audio |
| rembyrd@KaZaA | Motly Crew - Shout At The Devil.mp3 | Mötley Crüe | 3,468KB | Audio |
| rembyrd@KaZaA | Aerosmith - Living On The Edge.mp3 | AeroSmith | 5,950KB | Audio |
| rembyrd@KaZaA | GHOSTFACE FEAT. MISSY ELLIOT - PUSH.mp3 | GhostFace Ft Missy Elliot | 4,827KB | Audio |
| rembyrd@KaZaA | Joan Jett - I Love Rock and Roll.mp3 | Joan Jett | 2,730KB | Audio |
| rembyrd@KaZaA | Crime Mob - Nuck If You Buck (1).mp3 | Crime Mob | 4,915KB | Audio |
| rembyrd@KaZaA | Benzino - Rock the party remix (clean).mp3 | Benzino ft Lil Kim And Pet… | 5,577KB | Audio |
| rembyrd@KaZaA | Charlie Daniels Band - The Devil Went Down to Georgia.mp3 | Charlie Daniels Band | 3,392KB | Audio |
| rembyrd@KaZaA | Charlie Daniels Band - South Is Gonna Do It Again.mp3 | Charlie Daniels Band | 3,718KB | Audio |
| rembyrd@KaZaA | Charlie Daniels Band - Uneasy Rider.mp3 | Charlie Daniels Band | 4,988KB | Audio |
| 2 Users | Crime Mob - Nuck If U Buck remix.mp3 | Trillville, Crime Mob, Bme … | 4,101KB | Audio |
| 2 Users | Charlie Daniels Band - Long Hared Country Boy.mp3 | Charlie Daniels Band | 3,794KB | Audio |
| 2 Users | Crime mob - black tee.wma | AZ | 8,278KB | Audio |
| rembyrd@KaZaA | Franchise Ft. JD - White Tee (Remix).mp3 | Franchise/JD | 4,822KB | Audio |
| rembyrd@KaZaA | Boston - Smokin'.mp3 | Boston | 4,075KB | Audio |
| rembyrd@KaZaA | 01-lil_kim_feat_twista-thug_love.mp3 | Lil Kim Feat Twista | 6,474KB | Audio |
| rembyrd@KaZaA | ACDC - Dirty Deeds Done Dirt Cheap.mp3 | ACDC | 3,609KB | Audio |
| rembyrd@KaZaA | 01-franchise_ft_jermaine_dupri_and_slim-white_tee_(remi… | Crime Mob, Jermaine Dupri… | 6,334KB | Audio |
| rembyrd@KaZaA | ACDC - TNT.mp3 | ACDC | 3,352KB | Audio |
| rembyrd@KaZaA | Track16.mp3 | Elephant Man | 6,142KB | Audio |
| rembyrd@KaZaA | ACDC - Shoot To Thrill.mp3 | ACDC | 4,960KB | Audio |
| rembyrd@KaZaA | **Prince - Gett Off.mp3** | **Prince** | **4,228KB** | **Audio** |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Downloads | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rernbyrd@KaZaA | Prince - Gett Off.mp3 | Prince | 4,232KB | Audio |
| rernbyrd@KaZaA | Hampster Dance (1).mp3 | Hampton The Hamster | 1,451KB | Audio |
| rernbyrd@KaZaA | 03-lil_kim-the_jump_off_(album_version)-gsm.mp3 | Lil Kim Feat Mr Cheeks Ti... | 5,673KB | Audio |
| rernbyrd@KaZaA | AC DC Dance Remix.mp3 | AC DC_Def Leppard | 5,232KB | Audio |
| rernbyrd@KaZaA | Badfinger - No Matter What.mp3 | Badfinger | 2,779KB | Audio |
| rernbyrd@KaZaA | boston - more than a feeling (3).mp3 | Boston | 3,863KB | Audio |
| rernbyrd@KaZaA | 04-yd_franchise_slim-white_tee_(remix)-c4.mp3 | JD, Franchise, Slim | 6,884KB | Audio |
| rernbyrd@KaZaA | Lil jon-wild motherfucker.MP3 | Lil Jon,scrappy | 1,904KB | Audio |
| rernbyrd@KaZaA | F.I.L.A..mp3 | Lil Scrappy | 4,760KB | Audio |
| rernbyrd@KaZaA | DEFLEPPARD- ROCK OF AGES.mp3 | Def Leopard | 3,881KB | Audio |
| rernbyrd@KaZaA | Bob Seger - Turn The Page (1) (1).mp3 | Bob Seger | 2,374KB | Audio |
| rernbyrd@KaZaA | Garth Brooks - Friends In Low Places.mp3 | Garth Brooks | 4,056KB | Audio |
| rernbyrd@KaZaA | David Banner - cadillacs on 22s.mp3 | David Banner | 4,092KB | Audio |
| rernbyrd@KaZaA | Def Leppard - Exitable.mp3 | Def Leppard | 4,055KB | Audio |
| rernbyrd@KaZaA | Crime mob - black tee (1).wma | Crime Mob | 8,278KB | Audio |
| rernbyrd@KaZaA | 112 Ludacris - Hot_Wet.mp3 | 112 Feat. Ludacris | 5,370KB | Audio |
| rernbyrd@KaZaA | Nelly - Country Grammar.mp3 | Nelly | 3,063KB | Audio |
| rernbyrd@KaZaA | lynard skynard- freebird.mp3 | Lynyrd Skynyrd | 3,475KB | Audio |
| rernbyrd@KaZaA | 12-jermaine_dupri_and_slim_franchise-white_tee_(remix)-... | Franchise | 2,379KB | Audio |
| rernbyrd@KaZaA | Lynyrd Skynyrd - Saturday Night Special.mp3 | Lynard Skynard | 4,833KB | Audio |
| rernbyrd@KaZaA | 01 - Act A Fool Ft. Lil Jon.mp3 | Master P | 5,444KB | Audio |
| rernbyrd@KaZaA | 15 Track 15 (1) (1).wma | Crime Mob | 8,278KB | Audio |
| rernbyrd@KaZaA | Whats Happenin'.mp3 | Trick Daddy/Ying Yang Tw... | 4,059KB | Audio |
| rernbyrd@KaZaA | Timberland and Magoo f. Missy Aaliyah - Up Jumps The B... | Timbaland_Magoo | 4,652KB | Audio |
| rernbyrd@KaZaA | 06-crime_mobb-knuck_if_you_buck_(remix)-c4.mp3 | Crime Mobb | 3,449KB | Audio |
| rernbyrd@KaZaA | Q-Tip feat. Missy Elliot_Busta Rhymes- Vivrant Thing (Rem... | Qtip ft. Missy_Busta Rh... | 5,189KB | Audio |
| rernbyrd@KaZaA | Tone Loc - Wild Thang (2).mp3 | Tone Loc | 4,146KB | Audio |
| rernbyrd@KaZaA | Young Buck feat. T.I._Ludacris - Stomp (Remix).mp3 | Young Buck | 4,478KB | Audio |
| rernbyrd@KaZaA | John Conley - Holding Her an Loving You.mp3 | Earl Thomas Conley | 3,072KB | Audio |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| rennbyrd@KaZaA | John Conley - Holding Her an Loving You.mp3 | Earl Thomas Conley | 3,072KB | Audio | Holdin' |
| rennbyrd@KaZaA | Avant - Seperated.mp3 | Avant | 3,984KB | Audio | |
| rennbyrd@KaZaA | Avant - Separated.mp3 | Avant | 5,965KB | Audio | |
| rennbyrd@KaZaA | Mario Winans - I Don't Wanna Know.mp3 | Mario Winans | 5,557KB | Audio | I |
| rennbyrd@KaZaA | Fat Joe ft. Eminem, Mase,_Lil' Jon - Lean Back (Remix).m... | Terror Squad | 6,192KB | Audio | Fat Joe ft. Eminem, Mase,_Lil' Jo |
| rennbyrd@KaZaA | 8 ball_mjg_YOU DONT WANT DRAMA_LIVING LEGENDS_... | 8 Ball MJG | 4,771KB | Audio | YOU |
| rennbyrd@KaZaA | Mase-Welcome Back(remix).mp3 | Mase | 6,390KB | Audio | Mase-W |
| 2 Users | 8 ball_mjg-lving legends-you don't want drama.mp3 | 8 Ball_MJG | 6,484KB | Audio | YOU DC |
| rennbyrd@KaZaA | Project Pat ft. Luda- Dis Bitch, Dat Ho.MP3 | Project Pat ft. Luda | 4,099KB | Audio | |
| rennbyrd@KaZaA | Ludacris - Freaky Thangs.mp3 | Ludacris | 5,242KB | Audio | |
| rennbyrd@KaZaA | Dave Matthews Band - So Much To Say.mp3 | Dave Matthews Band | 3,844KB | Audio | |
| rennbyrd@KaZaA | Dave Matthews with Tim Reynolds - Crush (acoustic).mp3 | Dave Matthews Band | 5,446KB | Audio | |
| rennbyrd@KaZaA | Ludacris - You's A Ho (5).mp3 | Ludacris | 2,211KB | Audio | |
| rennbyrd@KaZaA | Outkast - Elevators .mp3 | Outkast | 4,142KB | Audio | |
| rennbyrd@KaZaA | Ying Yang Twins - Sound Off.mp3 | Ying Yang Twins | 4,156KB | Audio | |
| rennbyrd@KaZaA | Ugk - Choppin blades - 01.mp3 | UGK | 4,857KB | Audio | Top |
| rennbyrd@KaZaA | David Banner - Top Knotch Hoes f. UGK.mp3 | David Banner | 5,219KB | Audio | |
| rennbyrd@KaZaA | Fiend_UGK - Slangin'.mp3 | Fiend | 3,332KB | Audio | Fiend |
| 2 Users | Project Pat (feat. BG_Big Tymers) - Choppers.mp3 | Project Pat. | 3,636KB | Audio | |
| rennbyrd@KaZaA | DJ Paul - Track 13.mp3 | DJ Paul | 4,294KB | Audio | |
| rennbyrd@KaZaA | Dave Matthews Band - Everyday - Track 10.mp3 | Dave Matthews Band | 3,192KB | Audio | |
| rennbyrd@KaZaA | Triple Six Mafia - 15 - Sleep.mp3 | Three Six Mafia | 4,412KB | Audio | |
| rennbyrd@KaZaA | 8 ball_mjg LIVING LEGENDS_confessions-simplemp3s.mp3 | 8 Ball_MJG | 4,209KB | Audio | |
| rennbyrd@KaZaA | juvenile - bounce back (feat. baby).mp3 | Juvenile | 3,967KB | Audio | Bounce |
| rennbyrd@KaZaA | Prince - Diamonds and Pearls (1).mp3 | Prince | 4,064KB | Audio | Di |
| rennbyrd@KaZaA | Steve Miller Band - Keep On Rockin' Me.mp3 | Steve Miller Band | 2,924KB | Audio | |
| rennbyrd@KaZaA | Domit8 Jo.mp3 | Janet Jackson | 3,343KB | Audio | |
| rennbyrd@KaZaA | Janet Jackson Moist 16.mp3 | Janet Jackson | 3,619KB | Audio | |
| terrorbyrd@KaZaA | 50 Nigga's Deep.mp3 | Lil Scrappy | 1,773KB | Audio | |

Found 1187 files | 2,635,286 users online, sharing 1,883,645,546 files (31,319,040 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| rembyrd@KaZaA | 50 Niggas Deep.mp3 | Lil Scrappy | 1,770KB | Audio | |
| rembyrd@KaZaA | Randy Travis - I Told You So.mp3 | Randy Travis | 3,419KB | Audio | |
| rembyrd@KaZaA | Gladys Knight_The Pips - You're The Best Thing.mp3 | Gladys Knight_The Pips | 2,722KB | Audio | Best Thing T |
| rembyrd@KaZaA | Alicia Keys_the diary of alicia keys_WHEN YOU REALLY LO... | Alicia Keys | 5,863KB | Audio | WHEN YOU REAL |
| rembyrd@KaZaA | Steve Miller Band - Dream Weaver.mp3 | Steve Miller Band | 4,139KB | Audio | |
| rembyrd@KaZaA | Steve Miller Band - Abracadabra.mp3 | Steve Miller Band | 4,799KB | Audio | |
| 2 Users | Steve Miller Band - Stuck in the Middle with You.mp3 | Steve Miller Band | 3,186KB | Audio | Stuck in t |
| rembyrd@KaZaA | A.Keys-Aint_Got_U.mp3 | Alicia Keys | 3,575KB | Audio | |
| 2 Users | Steve Miller Band - Magic Carpet Ride.mp3 | Steve Miller Band | 4,180KB | Audio | |
| rembyrd@KaZaA | ALICIA KEYS-diary-the diary of alicia keys.mp3 | Alicia Keys | 3,278KB | Audio | |
| rembyrd@KaZaA | Bethoven - Love Story.mp3 | Classical music | 2,796KB | Audio | |
| rembyrd@KaZaA | classical music - vivaldi 4 seasons summer 1.mp3 | Mozart | 7,168KB | Audio | |
| rembyrd@KaZaA | Classical - Sad Piano.mp3 | Classical | 2,300KB | Audio | |
| rembyrd@KaZaA | Vivaldi - The Four Seasons.mp3 | Vivaldi | 10,981KB | Audio | |
| rembyrd@KaZaA | Pachelbel - Cannon in D (piano).mp3 | Pachelbel | 2,666KB | Audio | |
| rembyrd@KaZaA | 10 - Minuet And Badinerie.mp3 | Bach | 2,538KB | Audio | |
| rembyrd@KaZaA | UGK - Look At Me.mp3 | UGK | 3,860KB | Audio | |
| rembyrd@KaZaA | usher.MP3 | Usher | 6,593KB | Audio | Yeah (remix) ft. |
| rembyrd@KaZaA | Lil Kim feat.mp3 | Lil Kim feat. 50 Cent | 8,439KB | Audio | Magic S |
| rembyrd@KaZaA | JAZZ-B~1.MP3 | Buddy Guy | 7,828KB | Audio | Slow B |
| rembyrd@KaZaA | norah jones - Turn Me On.mp3 | Norah Jones | 2,404KB | Audio | |
| rembyrd@KaZaA | Blinded by the light.mp3 | Steve Miller Band | 3,629KB | Audio | B |
| rembyrd@KaZaA | Usher - Burn.mp3 | Usher | 5,046KB | Audio | |
| rembyrd@KaZaA | Naughty Girl.wma | Beyonce | 3,317KB | Audio | |
| rembyrd@KaZaA | steve miller band - hooked on a feeling.mp3 | Steve Miller Band | 2,700KB | Audio | |
| rembyrd@KaZaA | 16-nelly-ei_the_tipdrill_remix_feat_st_lunatics-esc.mp3 | Nelly | 8,990KB | Audio | 16-nelly-ei_the_tipdrill_remix_f |
| rembyrd@KaZaA | Trick.daddy- Take It To Da House.mp3 | Trick Daddy ft SNS Expre... | 5,377KB | Audio | Take It To |
| rembyrd@KaZaA | beyonce-crazy in love-dangerously in love.mp3 | beyonce | 4,417KB | Audio | |
| rembyrd@KaZaA | Barry White - Kiss And Say Goodbye.mp3 | Barry White | 3,319KB | Audio | Kiss |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rembyrd@KaZaA | Barry White - Kiss And Say Goodbye.mp3 | Barry White | 3,319KB | Audio |
| rembyrd@KaZaA | pop 80's music - Kung Fu Fighting.mp3 | KC and the Sunshine Band | 3,084KB | Audio |
| rembyrd@KaZaA | Destinys Child - No No No.mp3 | Destiny's Child | 2,877KB | Audio |
| rembyrd@KaZaA | Techno - DJ Feelgood - F111 - 11.mp3 | DJ Feelgood | 5,106KB | Audio |
| rembyrd@KaZaA | Usher - Burn (1) (1).mp3 | usher | 5,046KB | Audio |
| rembyrd@KaZaA | Techno Bass Crew - World's Deepest Bass.mp3 | Techno Bass Crew | 3,374KB | Audio |
| rembyrd@KaZaA | KC and the Sunshine Band - Shake, Shake, Shake.mp3 | KC and the Sunshine Band | 2,905KB | Audio |
| rembyrd@KaZaA | Gladys Knight _The Pips - Misty Blue.mp3 | Gladys Knight and the Pips | 3,420KB | Audio |
| rembyrd@KaZaA | Here I Am (Al Green).mp3 | Al Green | 3,976KB | Audio |
| rembyrd@KaZaA | Beethoven - Fur Elise.mp3 | Classical (misc..) | 2,666KB | Audio |
| rembyrd@KaZaA | Isley Brothers - Between The Sheets.mp3 | Al Green | 4,032KB | Audio |
| rembyrd@KaZaA | KC_the Sunshine Band - Play That Funky Music White Boy... | KC and the Sunshine Band | 2,999KB | Audio |
| rembyrd@KaZaA | Al Green - How Can You Mend A Broken Heart.mp3 | Al Green | 6,010KB | Audio |
| rembyrd@KaZaA | Various - Oldies 103FM - The 70's - Tenth Anniversary Editi... | Al Green | 1,669KB | Audio |
| rembyrd@KaZaA | Al Green - I'll Be Around.mp3 | Spinners | 4,552KB | Audio |
| rembyrd@KaZaA | Al Green - I Can't Get Next To You.mp3 | Al Green | 3,624KB | Audio |
| rembyrd@KaZaA | Al Green - i'm still in love with you (1).mp3 | Al Green | 3,042KB | Audio |
| rembyrd@KaZaA | Al Greene - I'm So Tired.mp3 | Al Green | 2,576KB | Audio |
| rembyrd@KaZaA | KC_The Sunshine Band - Do A Little Dance.mp3 | KC and the Sunshine Band | 3,027KB | Audio |
| rembyrd@KaZaA | Marvin Gaye- Me and Mrs James.mp3 | Al Green | 2,236KB | Audio |
| rembyrd@KaZaA | Soundtrack - Down to You - I'm So In Love With You (Al Gr... | Al Green | 3,044KB | Audio |
| rembyrd@KaZaA | Al Green - Just The Two Of Us.mp3 | Al Green | 3,684KB | Audio |
| rembyrd@KaZaA | Thug Walkin' Ying Yang Twins 3 Whistle While You Twerk...... | Ying Yang Twins | 3,526KB | Audio |
| rembyrd@KaZaA | Al Green_Ann Nesby - Put It On Paper.mp3 | Ann Nesby_Al Green | 3,656KB | Audio |
| rembyrd@KaZaA | KC And The Sunshine Band - Please Dont Go (2).mp3 | KC and the Sunshine Band | 2,812KB | Audio |
| rembyrd@KaZaA | Etta James - Baby, what Do You Want Me To Do.mp3 | Etta James, Eddie Vinson | 5,610KB | Audio |
| rembyrd@KaZaA | kc and the sunshine band - shake your groove thing.mp3 | KC And The Sunshine Band | 3,218KB | Audio |
| rembyrd@KaZaA | Etta James - I Want To Be Loved.mp3 | Etta James | 3,206KB | Audio |
| rembyrd@KaZaA | Lil Wayne-Bring It Back.mp3 | Lil Wayne | 4,161KB | Audio |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rembyrd@KaZaA | Lil Wayne-Bring It Back.mp3 | Lil Wayne | 4,161KB | Audio |
| rembyrd@KaZaA | etta james - When I Fall In Love.mp3 | Etta James | 2,302KB | Audio |
| rembyrd@KaZaA | Etta James - Trust In Me.mp3 | Etta James | 2,803KB | Audio |
| rembyrd@KaZaA | Miles Davis - My Funny Valentine (1).mp3 | Etta James | 5,485KB | Audio |
| rembyrd@KaZaA | Etta James - Miss You.mp3 | Etta James | 6,846KB | Audio |
| rembyrd@KaZaA | Etta James - If I Cant Have You.mp3 | Etta James | 2,808KB | Audio |
| rembyrd@KaZaA | Copy (3) of Etta James - Every time we say goodbye.mp3 | Ella Fitzgerald | 3,296KB | Audio |
| rembyrd@KaZaA | Cool and the Gang - Thats The Way I Like It.mp3 | KC and the Sunshine Band | 2,871KB | Audio |
| rembyrd@KaZaA | Etta James - Ball and Chain.mp3 | Etta James | 6,222KB | Audio |
| rembyrd@KaZaA | Etta James - Something's Got A Hold On Me.mp3 | Etta James | 4,124KB | Audio |
| rembyrd@KaZaA | Jungle-Drum and Bass.mp3 | Jungle | 3,929KB | Audio |
| rembyrd@KaZaA | Etta James_BB King  - Theres something on your mind (1)... | B.B. King and Etta James | 5,661KB | Audio |
| rembyrd@KaZaA | Saint Lunatics- Better Up.mp3 | Nelly | 4,744KB | Audio |
| rembyrd@KaZaA | janet jackson - EXPLICIT REMIXES (R.Kelly Remix).mp3 | Janet Jackson | 4,790KB | Audio |
| rembyrd@KaZaA | Janet Jackson_R.Kelly- Anyplace Anytime (Remix).mp3 | Janet Jackson | 4,906KB | Audio |
| rembyrd@KaZaA | R.Kelly - Tp2.com - One Me.mp3 | R Kelly | 5,475KB | Audio |
| rembyrd@KaZaA | R. Kelly feat. Public Announcement-Honey Love.mp3 | R. Kelly And Public Annou... | 3,602KB | Audio |
| rembyrd@KaZaA | Baby Face - Nobody Knows It But Me.mp3 | Nobody Knows It But Me | 4,785KB | Audio |
| rembyrd@KaZaA | R. Kelly - 03 - Forever More - simplemp3s.mp3 | R. Kelly | 5,016KB | Audio |
| rembyrd@KaZaA | R.Kelly - twelve play.mp3 | R. Kelly | 5,541KB | Audio |
| rembyrd@KaZaA | Shawnna - Shake That Shit (VLS) - Shake That Shit (Feat L... | Shawnna | 5,183KB | Audio |
| rembyrd@KaZaA | Jay_Z_-_Excuse_Me_Miss_(Neptunes_Remix).mp3 | Jay-Z | 5,164KB | Audio |
| rembyrd@KaZaA | excuse me remix (1).mp3 | Jay-Z | 4,408KB | Audio |
| rembyrd@KaZaA | Jay-Z - La La La instrumental.mp3 | Jay-Z | 3,012KB | Audio |
| rembyrd@KaZaA | Bunji Garlin_Shammi - Soca Bhangra Remix.mp3 | BUNJI AND SHAMMI | 3,770KB | Audio |
| rembyrd@KaZaA | Nora Jones I don't know why.mp3 | Norah Jones | 2,911KB | Audio |
| rembyrd@KaZaA | Willie Clayton - It's About Love Cheatin' on me.mp3 | willie clayton | 3,396KB | Audio |
| rembyrd@KaZaA | Young Gunz-tough luv-Friday Night.mp3 | Young Gunz | 4,669KB | Audio |
| rembyrd@KaZaA | BTO - Hey You.mp3 | BTO | 3,333KB | Audio |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rembyrd@KaZaA | BTO - Hey You.mp3 | BTO | 3,383KB | Audio |
| rembyrd@KaZaA | 01 - Tired Of Being Alone.mp3 | Al Green | 2,010KB | Audio |
| rembyrd@KaZaA | Lil' Kim Feat Biggie Smalls - Crush on You.mp3 | Mr. Cheeks | 3,735KB | Audio |
| rembyrd@KaZaA | Ying Yang Twins - Thug Walkin.mp3 | 3 | 4,267KB | Audio |
| rembyrd@KaZaA | Ying Yang Twins - Georgia Dome.wma | Ying Yang Twins | 2,873KB | Audio |
| rembyrd@KaZaA | juvenile - in my life (5).mp3 | Juvenile | 5,906KB | Audio |
| rembyrd@KaZaA | luv me baby (4).mp3 | Murphy Lee | 5,019KB | Audio |
| rembyrd@KaZaA | 01-mase-breathe_stretch_shake-ugg.mp3 | Mase | 6,402KB | Audio |
| rembyrd@KaZaA | Will Smith - Just The Two Of Us.mp3 | Will Smith | 4,919KB | Audio |
| rembyrd@KaZaA | RKelly.mp3 | R. Kelly feat. Jermaine D... | 4,272KB | Audio |
| rembyrd@KaZaA | Techno - days go by ( remix ).mp3 | Dirty Vegas | 3,491KB | Audio |
| rembyrd@KaZaA | Young Buck (Featuring T.I._Ludacris) - Stomp.mp3 | Young Buck | 4,473KB | Audio |
| rembyrd@KaZaA | Turing beats.mp3 | Benny benassi | 2,388KB | Audio |
| rembyrd@KaZaA | Yeah.wma | Usher; Lil' Jon; Ludacris | 5,883KB | Audio |
| rembyrd@KaZaA | DSGB - Make em get that money right.mp3 | D.S.G.B. | 3,830KB | Audio |
| rembyrd@KaZaA | Ludacris ft Shawna - Shake that shit.mp3 | Shawnna feat. Ludacris | 5,258KB | Audio |
| rembyrd@KaZaA | Pink Floyd - Medlie - 01 - One of These Days.mp3 | Pink Floyd | 4,205KB | Audio |
| rembyrd@KaZaA | Pet Shop Boys - Send Me an Angel (1).mp3 | Pet Shop Boys | 5,855KB | Audio |
| rembyrd@KaZaA | Ol' Dirty Bastard - Ghetto Superstar (Feat. Mya).mp3 | Mya | 4,153KB | Audio |
| rembyrd@KaZaA | Essam Music - Persian, Arabic, Turkish_Indian Dance Mix... | Jay-Z, Shyne, Nelly | 4,776KB | Audio |
| rembyrd@KaZaA | Gladys Knight _The Pips - Im Gonna Make You Love Me.m... | Gladys Knight _The Pips | 3,399KB | Audio |
| rembyrd@KaZaA | Biggy_Puff Dady- True Player.mp3 | Biggie Smalls | 1,975KB | Audio |
| rembyrd@KaZaA | Mix - RB - Rap - Mix.mp3 | Rap!!! | 19,200KB | Audio |
| rembyrd@KaZaA | 05_lil_scrappy_no_problem.mp3 | 05_lil_scrappy_no_probl... | 3,364KB | Audio |
| rembyrd@KaZaA | Punjabi MC - Beware Of The Boys.mp3 | Punjabi MC f. Jay-Z | 5,614KB | Audio |
| rembyrd@KaZaA | Slow Jams Mixes - Tight RB Slow Remixes.mp3 | Tight RB | 4,622KB | Audio |
| rembyrd@KaZaA | snood_full (1).exe | De_Krukel | 1,518KB | Software |
| rembyrd@KaZaA | DJ GOLDFINGER - 8 (1).mp3 | DJ Kost | 3,176KB | Audio |
| rembyrd@KaZaA | Etta James - At Last My Love Has Come Along.mp3 | Etta James | 4,226KB | Audio |

Found 1187 files    2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB)    Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | Theater | Search | Traffic | Shop | Tell A Friend
New search | My Kazaa | My Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| rembyrd@KaZaA | Etta James - At Last My Love has Come Along.mp3 | Etta James | 4,266KB | Audio | |
| rembyrd@KaZaA | drum and bass instrumentals - Rap- Phat Ass Beats.mp3 | drum and bass instrumen... | 1,072KB | Audio | |
| rembyrd@KaZaA | Offspring -- Self Asteem.mp3 | Offspring | 3,068KB | Audio | |
| rembyrd@KaZaA | Redman ft. Ol'Dirty Bastard - Let's Get Dirty (Neptunes Mix...  | Dirty | 3,469KB | Audio | Let's Get Di |
| rembyrd@KaZaA | G-UNIT - CLAP FIRST.mp3 | Lloyd Banks_Prodigy | 4,554KB | Audio | |
| 2 Users | Phil Collins - In The Air Tonight Jungle Remix.mp3 | Phil Collins | 4,360KB | Audio | In The Air To |
| rembyrd@KaZaA | Prodigy - Smack My Bich Up.mp3 | Prodigy | 5,356KB | Audio | |
| rembyrd@KaZaA | R.Kelly - Take my Time Tonight.mp3 | R. Kelly | 4,207KB | Audio | Ta |
| rembyrd@KaZaA | R.Kelly - I Can't Sleep Baby.mp3 | R. Kelly | 5,205KB | Audio | |
| rembyrd@KaZaA | Keith Sweat - Twisted.mp3 | Keith Sweat | 4,242KB | Audio | |
| rembyrd@KaZaA | Music Hey Mr DJ.mp3 | Madonna | 5,269KB | Audio | |
| rembyrd@KaZaA | Trick Daddy - I'm A Thug.mp3 | Trick Daddy | 3,976KB | Audio | |
| rembyrd@KaZaA | Baby (of the Big Tymers) F P Diddy - Do That.mp3 | Baby featuring P. Diddy | 4,253KB | Audio | |
| rembyrd@KaZaA | Ja Rule - Bling Bling.mp3 | B.G. Feat Big Tymers | 4,891KB | Audio | |
| rembyrd@KaZaA | killer mike - adidas.mp3 | Killer Mike | 4,916KB | Audio | |
| rembyrd@KaZaA | Mase-Welcome Back.mp3 | Mase | 6,106KB | Audio | |
| rembyrd@KaZaA | juvenile-slow motion (1) (5).mp3 | Juvenile | 5,820KB | Audio | Slow Motion |
| rembyrd@KaZaA | 17 slow motion (3).wma | Nickelback | 3,919KB | Audio | |
| rembyrd@KaZaA | Old Dirty Bastard- Baby I got your money.mp3 | Ol Dirty Bastard | 5,546KB | Audio | Got |
| rembyrd@KaZaA | Timberland ft Magoo_Fatman Scoop - Drop(The Extended... | Timbaland ft Magoo_Fa... | 5,718KB | Audio | Timberland ft Magoo_Fatman Sco |
| rembyrd@KaZaA | Missy Eliot - Lick shots.mp3 | Missy Elliot | 4,530KB | Audio | |
| rembyrd@KaZaA | Lil Kim feat Sisqo-How Many Licks.mp3 | Lil' Kim | 3,639KB | Audio | |
| rembyrd@KaZaA | Timberland and Magoo - Luv 2 Luv 2 Luv.mp3 | Timbaland and Aaliyah | 6,261KB | Audio | |
| rembyrd@KaZaA | LL Cool J - Headsprung.mp3 | LL Cool J | 5,653KB | Audio | LL C |
| rembyrd@KaZaA | Timberland_Magoo - Love to love you.mp3 | Timbaland And Magoo | 6,270KB | Audio | L |
| rembyrd@KaZaA | lijon shawty.MP3 | New Artist (546) | 1,753KB | Audio | |
| rembyrd@KaZaA | Ciara - My Goodies (RMX) Feat. T.I._Petey Pablo.mp3 | Ciara | 4,674KB | Audio | My Goodies (Remix) Fea |
| rembyrd@KaZaA | 01-ciara_ft_t.i._petey_pablo-goodies_(remix)-UGG.mp3 | Ciara ft T.I. Petey Pablo | 4,673KB | Audio | |
| rembyrd@KaZaA | Ciara ft. Petey Pablo - Goodies.mp3 | Ciara ft. Petey pablo | 6,422KB | Audio | |

2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB)  |  Not sharing any files

Found 1187 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Size | Media Type | Artist | |
|---|---|---|---|---|---|
| rennbyrd@KaZaA | Ciara ft. Petey Pablo - Goodies.mp3 | 6,423KB | Audio | Ciara ft. Peety pablo | |
| rennbyrd@KaZaA | ShawnnaShakeThatSh!t.mp3 | 3,457KB | Audio | Shawnna | |
| rennbyrd@KaZaA | Timberland_Magoo - Love 2 Luv Ya (1).mp3 | 3,938KB | Audio | Timbaland_Magoo | |
| rennbyrd@KaZaA | Young Buck - Let Me In Ft.mp3 | 4,625KB | Audio | Young Buck | Young Buck - Let |
| rennbyrd@KaZaA | nate_dogg-11-real_pimp_feat_ludacris-superrmp3s.mp3 | 3,349KB | Audio | Nate Dogg | Re |
| rennbyrd@KaZaA | Splash water falls.wma | 4,537KB | Audio | Ludacris | |
| rennbyrd@KaZaA | Crime Mob - Nuck IF You Buck (2).mp3 | 4,915KB | Audio | Crime Mob | |
| rennbyrd@KaZaA | Thinkin' Bout My X Janet Jackson.mp3 | 3,859KB | Audio | Janet Jackson | |
| rennbyrd@KaZaA | Damita Jo - Slo Love.mp3 | 4,897KB | Audio | Janet Jackson | |
| rennbyrd@KaZaA | 01-petey_pablo_feat_lil_jon-u_dont_want_dat-(dirty)-cm... | 5,719KB | Audio | Petey Pablo Feat. Lil Jon | U Dor |
| rennbyrd@KaZaA | DavidBanner_and_LilJon[1].mpge | 5,987KB | Audio | David Banner | |
| rennbyrd@KaZaA | Swat-Team-We Hate Pastor Troy (He Ain't Ready).mp3 | 3,511KB | Audio | Lil John_The Eastside B... | Might G |
| rennbyrd@KaZaA | UGK Eightball Feat (1).mp3 | 4,264KB | Audio | 8ball_MJG | We Hate Pastor Tro |
| rennbyrd@KaZaA | Lil Flip - Sunshine.mp3 | 3,521KB | Audio | Lil Flip | B |
| 2 Users | pitbull_ft.mp3 | 2,745KB | Audio | lil jon and pitbull | |
| rennbyrd@KaZaA | ELO - Its Magic.mp3 | 3,296KB | Audio | ELO | |
| rennbyrd@KaZaA | ELO - Telephone Line.mp3 | 4,396KB | Audio | Electric Light Orchestra | D |
| rennbyrd@KaZaA | ELO - Telephone Line.mp3 | 4,127KB | Audio | Electric Light Orchestra / E... | |
| rennbyrd@KaZaA | ELO - Dont Bring Me Down.mp3 | 3,841KB | Audio | ELO | |
| rennbyrd@KaZaA | ELO - Strange Magic (1).mp3 | 3,893KB | Audio | Electric Light Orchestra | |
| rennbyrd@KaZaA | Cheap Trick - I Want You To Want Me.mp3 | 3,507KB | Audio | Cheap Trick | I Was |
| rennbyrd@KaZaA | Three Dog Night - Jeramiah Was A Bullfrog.mp3 | 3,110KB | Audio | Three Dog Night | Jeran |
| rennbyrd@KaZaA | Three Dog Night - One is the Loneliest Number.mp3 | 2,906KB | Audio | Three Dog Night | One is t |
| rennbyrd@KaZaA | Three Dog Night - Joy To The World.mp3 | 3,366KB | Audio | Three Dog Night | |
| rennbyrd@KaZaA | CCR - Down On The Corner..mp3 | 2,566KB | Audio | CCR | Do |
| rennbyrd@KaZaA | CCR - Born On The Bayou.mp3 | 4,972KB | Audio | CCR | t |
| rennbyrd@KaZaA | CCR - Proud Mary.mp3 | 2,954KB | Audio | CCR | |
| rennbyrd@KaZaA | CCR - Traveling Band.mp3 | 2,020KB | Audio | CCR | |
| rennbyrd@KaZaA | CCR - Bad Moon Rising.mp3 | 2,173KB | Audio | CCR | |

Found 187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| rennbyrd@KaZaA | Thinkin' Bout My X Janet Jackson.mp3 | Janet Jackson | 3,859KB | Audio |
| rennbyrd@KaZaA | Damita Jo - Slo Love.mp3 | Janet Jackson | 4,897KB | Audio |
| rennbyrd@KaZaA | 01-petey_pablo_feat._lil_jon-u_dont_want_dat-(dirty)-cm... | Petey Pablo Feat. Lil Jon | 5,719KB | Audio |
| rennbyrd@KaZaA | DavidBanner_and_LilJon[1].mpga | David Banner | 5,987KB | Audio |
| rennbyrd@KaZaA | Swat Team-We Hate Pastor Troy (He Ain't Ready).mp3 | Lil John _The Eastside B... | 3,511KB | Audio |
| rennbyrd@KaZaA | UGK Egirlball Feat (1).mp3 | 8ball_MJG | 4,264KB | Audio |
| 2 Users | Lil Flip - Sunshine.mp3 | Lil Flip | 3,521KB | Audio |
| rennbyrd@KaZaA | pitbull_ft.mp3 | lil jon and pitbull | 2,745KB | Audio |
| rennbyrd@KaZaA | ELO - Its Magic.mp3 | ELO | 3,296KB | Audio |
| rennbyrd@KaZaA | ELO - Telephone Line.mp3 | Electric Light Orchestra | 4,386KB | Audio |
| rennbyrd@KaZaA | ELO- Telephone Line.mp3 | Electric Light Orchestra / E... | 4,127KB | Audio |
| rennbyrd@KaZaA | ELO - Don't Bring Me Down.mp3 | ELO | 3,841KB | Audio |
| rennbyrd@KaZaA | ELO - Strange Magic (1).mp3 | Electric Light Orchestra | 3,898KB | Audio |
| rennbyrd@KaZaA | Cheap Trick - I Want You To Want Me.mp3 | Cheap Trick | 3,507KB | Audio |
| rennbyrd@KaZaA | Three Dog Night - Jeramiah Was A Bullfrog.mp3 | Three Dog Night | 3,110KB | Audio |
| rennbyrd@KaZaA | Three Dog Night - One is the Loneliest Number.mp3 | Three Dog Night | 2,906KB | Audio |
| rennbyrd@KaZaA | Three Dog Night - Joy To The World.mp3 | Three Dog Night | 3,366KB | Audio |
| rennbyrd@KaZaA | CCR - Down On The Corner.mp3 | CCR | 2,566KB | Audio |
| rennbyrd@KaZaA | CCR - Born On The Bayou.mp3 | CCR | 4,972KB | Audio |
| rennbyrd@KaZaA | CCR - Proud Mary.mp3 | CCR | 2,954KB | Audio |
| rennbyrd@KaZaA | CCR - Traveling Band.mp3 | CCR | 2,020KB | Audio |
| rennbyrd@KaZaA | CCR - Bad Moon Rising.mp3 | CCR | 2,175KB | Audio |
| rennbyrd@KaZaA | CCR - Up Around the Bend.mp3 | CCR | 2,540KB | Audio |
| rennbyrd@KaZaA | CCR - Who'll Stop The Rain.mp3 | CCR | 2,325KB | Audio |
| rennbyrd@KaZaA | CCR - Susie Q.mp3 | CCR | 4,313KB | Audio |
| rennbyrd@KaZaA | Three Dog Night - Just An Old Fashioned Love Song.mp3 | Three Dog Night | 3,461KB | Audio |
| rennbyrd@KaZaA | ll cool j - headsprung (1) (3).mp3 | Unknown | 5,057KB | Audio |
| rennbyrd@KaZaA | nelly- my place.mp3 | Nelly | 5,278KB | Audio |
| rennbyrd@KaZaA | Petey Pablo - Diary Of A Sinner_1st Entry - 04 - l.mp3 | Petey Pablo ft Timberland | 6,853KB | Audio |

Found 1187 files | 2,635,286 users online, sharing 1,383,645,546 files (31,319,040 GB) | Not sharing any files