OAO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE

Service of the Summons and complaint was made by me[(1)]

NAME OF SERVER *(PRINT)*                          TITLE

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.   Place where served: __247 J. Steele Rd__

G  Left copies thereof at the defendant=s dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: __April Lewis__

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

TRAVEL                         SERVICES                         TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __6/29/05__         _[signature]_
              Date                Signature of Server

__2 Dexter Ave. Montgomery, AL 36104__
Address of Server

RETURNED AND FILED

JUL - 6 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation, | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 1:05C V596-B |

V.

**APRIL LEWIS**

TO:
APRIL LEWIS
247 J. Steele Road
Dothan, AL 36301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

Dorman Walker  (Bar # WAL086)
Leslie E. Williams  (Bar # WIL318)
BALCH & BINGHAM LLP
2 Dexter Avenue
P.O. Box 78 (36101)
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Fax: (334) 269-3115

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_    June 24, 2005
CLERK                            DATE
(By) DEPUTY CLERK