**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                          TELEPHONE (334) 954-3600

August 10, 2005

## NOTICE OF DEFICIENCY

**To:**             Terry Bullard

**From:**           Clerk's Office

**Case Style:**     Capitol Records, et al. vs. April Lewis

**Case Number:**    2:05cv647

**Referenced Pleading:**   Defendant's Answer to Complaint, Counterclaim
                           Document #6

**The above referenced pleading filed by electronic means on 7/26/05 does not contain your electronic signature on the pleading or the certificate of service as required by Civil Administrative Procedure II-C.**

**The listed deficiency must be corrected within 10 days from the date of this notice. Please submit corrected document to the Clerk's office by CONVENTIONAL means.** DO NOT submit correction electronically.

.