**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 17, 2005

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style** Capitol Records, et al. vs. April Lewis
Civil Action No. 1:05cv596

**Referenced Pleading** Answer to Complaint
Document #6

```
This Notice of Correction filed in the above referenced case to attach
signed pdf.
```