IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CAPITOL RECORDS, INC.**, a Delaware corporation; **BMG MUSIC**, a New York general partnership; **ATLANTC RECORDING CORPORATION**, a Delaware corporation; **ARISTA RECORDS LLC**, a Delaware limited liability company; **ELECKTRA ENTERTAINMENT GROUP INC.**, a Delaware corporation; **SONY BMG MUSIC ENTERTAINMENT**, a Delaware general partnership; and **UMG RECORDINGS, INC.**, a Delaware corporation,  )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs,  ) | **CIVIL ACTION NO.**<br>**1:05cv596** |
| v.  ) | |
| **APRIL LEWIS**,  ) | |
| Defendant.  ) | |

### JOINT MOTION FOR EXTENSION OF TIME FOR
### PLAINTIFFS TO ANSWER DEFENDANT'S COUNTERCLAIM

Both parties in this matter respectfully submit this joint motion to extend the deadline for the plaintiffs to answer the defendant's Counterclaim upon the following grounds:

1. The plaintiffs initiated this action against the defendant April Lewis on June 24, 2005.

2. The defendant filed an answer and counterclaim on July 26, 2005.

3. Under *Fed. R. Civ. P.* 12, the plaintiffs' answer to the defendant's counterclaim is due on or before August 15, 2005.

159697.3

4.      The defendant has agreed to allow the plaintiffs until September 15, 2005 to file their answer to the defendant's counterclaim

5.      The parties therefore request that the Court grant the plaintiffs until September 15, 2005 to file their answer to the defendant's counterclaim

Respectfully submitted this 22nd day of August 2005.

/s Leslie E. Williams
Dorman Walker (WAL086)
Leslie E Williams (WIL318)
Attorneys for Plaintiffs Capitol Records, Inc., et al.
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549


/s W. Terry Bullard
W. Terry Bullard
Attorney for the Defendant April Lewis
P.O. Box 398
Dothan, Alabama 36302