IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CAPITOL RECORDS, INC.**, a Delaware corporation; **BMG MUSIC**, a New York general partnership; **ATLANTC RECORDING CORPORATION**, a Delaware corporation; **ARISTA RECORDS** LLC, a Delaware limited liability company; **ELECKTRA ENTERTAINMENT GROUP INC.**, a Delaware corporation; **SONY BMG MUSIC ENTERTAINMENT**, a Delaware general partnership; and **UMG RECORDINGS, INC.**, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> **APRIL LEWIS**, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION NO.** **1:05cv596** |

### REPORT OF PARTIES' PLANNING MEETING

Pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Order dated August 4, 2005, a meeting was held on August 22, 2005 via telephone and was attended by:

- Leslie E. Williams on behalf of Plaintiffs Capitol Records, Inc., et al.

- W. Terry Bullard on behalf of Defendant April Lewis.

1. **Pre-Discovery Disclosures**. The parties will exchange the information required by Federal Rule of Civil Procedure 26(a)(1) on or before September 12, 2005.

2. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

The likely subjects of discovery are: (a) whether Defendant used an online media distribution system to copy and/or distribute Plaintiffs' copyrighted recordings without authorization in violation of Plaintiffs' exclusive rights under the Copyright Act; (b) whether such infringement was willful; (c) the amount of Plaintiffs' statutory damages, attorneys' fees, and costs; and (d) the issuance of injunctive relief.

159977.2

    a.    All discovery commenced in time to be completed by March 31, 2006.

    b.    Maximum of 40 interrogatories by each party to each party. Responses due 30 days after service.

    c.    Maximum of 40 requests for admission by each party to each party. Responses due 30 days after service.

    d.    Maximum of 40 requests for production of document by each party to each party. Responses due 30 days after service.

    e.    Maximum of 5 depositions by Plaintiffs to Defendant and 5 by Defendant to Plaintiffs. Depositions limited to eight hours.

    f.    Reports from retained experts under Rule 26(a)(2) due:

        from Plaintiffs by December 14, 2005; and
        from Defendant by December 28, 2005.

    g.    Supplementation under Rule 26(e) due reasonably upon knowledge of additional information.

3. **Other Items**.

    a.    The parties do not request a conference with the Court before entry of the scheduling order.

    b.    The parties request a pretrial conference on or around June 5, 2006.

    c.    Plaintiffs should be allowed until February 1, 2006 to join additional parties and to amend the pleadings.

        Defendant should be allowed until February 8, 2006 to join additional parties and to amend the pleadings.

    d.    All potentially dispositive motions should be filed on or before March 1, 2006.

    e.    Settlement cannot be realistically evaluated prior to the completion of preliminary discovery.

    f.    Final lists of trial evidence under Federal Rule of Civil Procedure 26(a)(3), both witnesses and exhibits, should be due from the parties on or before May 29, 2006.

    g.    Parties should have 14 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

h. The case should be ready for trial by this Court's July 17, 2006 trial term. At this time, the trial is expected to take approximately 2 days, excluding jury selection.

Respectfully submitted this 22nd day of August, 2005.

/s Leslie E. Williams
Dorman Walker (WAL086)
Leslie E Williams (WIL318)
Attorneys for Plaintiffs Capitol Records, Inc., et al.
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549


/s W. Terry Bullard
W. Terry Bullard
Attorney for the Defendant April Lewis
P.O. Box 398
Dothan, Alabama 36302

Case 1:05-cv-00596-MHT-DRB    Document 11    Filed 08/22/2005    Page 3 of 3