IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **CAPITOL RECORDS, INC.,** | ) | |
| a Delaware Corporation, | ) | |
| et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:05cv596-T |
| | ) | |
| **APRIL LEWIS,** | ) | |
| | ) | |
|    Defendant. | ) | |

**ORDER**

It is ORDERED that the joint motion for extension of time (Doc. No. 10) is granted.

DONE, this the 24th day of August, 2005.

                          <u>/s/ Myron H. Thompson</u>
                          **UNITED STATES DISTRICT JUDGE**