## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ATLANTC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELECKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) ) | CIVIL ACTION NO. 1:05cv596 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| APRIL LEWIS, | ) ) | |
| Defendant. | ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO ANSWER DEFENDANT'S COUNTERCLAIM

The plaintiffs in this matter respectfully submit this unopposed motion to extend the deadline for the plaintiffs to answer the defendant's counterclaim upon the following grounds:

1.     The plaintiffs initiated this action against the defendant April Lewis on June 24, 2005.

2.     The defendant filed an answer and counterclaim on July 26, 2005.

3.     Under *Fed. R. Civ. P.* 12, the plaintiffs' answer to the defendant's counterclaim is due on or before August 15, 2005.

4.      The defendant has agreed to allow the plaintiffs until October 15, 2005 to file their answer to the defendant's counterclaim

5.      The plaintiffs therefore request that the Court grant the plaintiffs until October 15, 2005 to file their answer to the defendant's counterclaim

Respectfully submitted this 15th day of September 2005.


/s Leslie E. Williams
Dorman Walker (WAL086)
Leslie E Williams (WIL318)
Attorneys for Plaintiffs Capitol Records, Inc., et al.
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549


## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 15th day of September, 2005:

W. Terry Bullard
Attorney for the Defendant April Lewis
P.O. Box 398
Dothan, Alabama 36302

Respectfully submitted,


/s Leslie E. Williams
    OF COUNSEL