IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., ) <br> a Delaware Corporation, ) <br> et al., ) <br> ) <br>   Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br> APRIL LEWIS, ) <br> ) <br>   Defendant. ) | <br><br><br><br><br><br> CIVIL ACTION NO. <br>   1:05cv596-T |

**ORDER**

It is ORDERED that the motion for extension of time (Doc. No. 14) is granted.

DONE, this the 20th day of September, 2005.


                                    /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**