IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., ) | |
| a Delaware Corporation, ) | |
| et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 1:05cv596-T |
| ) | |
| APRIL LEWIS, ) | |
| ) | |
|    Defendant. ) | |

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 16) is granted.

DONE, this the 18th day of October, 2005.

       /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE