IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CAPITOL RECORDS, INC.**, a Delaware corporation; **BMG MUSIC**, a New York general partnership; **ATLANTC RECORDING CORPORATION**, a Delaware corporation; **ARISTA RECORDS** LLC, a Delaware limited liability company; **ELECKTRA ENTERTAINMENT GROUP INC.**, a Delaware corporation; **SONY BMG MUSIC ENTERTAINMENT**, a Delaware general partnership; and **UMG RECORDINGS, INC.**, a Delaware corporation, <br><br>     **Plaintiffs,** <br><br> v. <br><br> **APRIL LEWIS,** <br><br>     **Defendant.** | **CIVIL ACTION NO.** <br> **1:05cv596** |

**THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
PLAINTIFFS TO ANSWER DEFENDANT'S COUNTERCLAIM**

The plaintiffs in this matter respectfully submit this unopposed motion to extend the deadline for the plaintiffs to answer the defendant's counterclaim upon the following grounds:

1. The plaintiffs initiated this action against the defendant April Lewis on June 24, 2005.

2. The defendant filed an answer and counterclaim on July 26, 2005.

3. The defendant has agreed to allow the plaintiffs until December 14, 2005 to file their answer to the defendant's counterclaim.

162632.1

4. The parties are in still process of attempting to resolve this matter without further litigation. They believe that they will be able to settle this case in the near future. Allowing the plaintiffs until December 14, 2005 to file their answer to the defendant's counterclaim will give the parties additional time to work towards this goal.

5. The plaintiffs therefore request that the Court grant them until December 14, 2005 to file their answer to the defendant's counterclaim.

Respectfully submitted this 10th day of November 2005.

/s Leslie E. Williams
Dorman Walker (WAL086)
Leslie E Williams (WIL318)
Attorneys for Plaintiffs Capitol Records, Inc., et al.
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 10th day of November, 2005:

W. Terry Bullard
Attorney for the Defendant April Lewis
P.O. Box 398
Dothan, Alabama 36302

Respectfully submitted,

/s Leslie E. Williams
   OF COUNSEL