IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., )<br>a Delaware Corporation, )<br>et al., )<br>)<br>   Plaintiffs, )<br>)    CIVIL ACTION NO.<br>   v. )      1:05cv596-T<br>)<br>APRIL LEWIS, )<br>)<br>   Defendant. ) | |

**ORDER**

It is ORDERED that the motion for extension of time (Doc. No. 18) is granted.

DONE, this the 14th day of November, 2005.

                /s/ Myron H. Thompson
            **UNITED STATES DISTRICT JUDGE**