IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CAPITOL RECORDS, INC.,        )
a Delaware Corporation,       )
et al.,                       )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      1:05cv596-T
                              )
APRIL LEWIS,                  )
                              )
    Defendant.                )
```

ORDER

It is ORDERED that the notice of withdrawal (Doc. No. 20) is treated as a motion to withdraw and said motion is granted.

DONE, this the 29th day of November, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE