IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

CAPITOL RECORDS, INC.,          )
a Delaware Corporation,         )
et al.,                         )
                                )
    Plaintiffs,              )
                                )        CIVIL ACTION NO.
    v.                       )          1:05cv596-T
                                )
APRIL LEWIS,                    )
                                )
    Defendant.               )

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 22) is granted.

DONE, this the 15th day of December, 2005.


       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE