IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELECKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>APRIL LEWIS,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:05cv596 |

### FIFTH UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO ANSWER DEFENDANT'S COUNTERCLAIM AND JOINT MOTION TO STAY OR IN THE ALTERNATIVE MOTION TO EXTEND ALL DEADLINES GOVERNING THESE PROCEEDINGS

The parties in this matter respectfully submit this unopposed, joint motion to extend the deadline for the plaintiffs to answer the defendant's counterclaim 30 days and to stay the present proceedings for 30 days or in the alternative, adjust all deadlines governing these proceedings ahead 30 days and reset the past deadlines for disclosures under Fed. R. Civ. P. 702, 703, and 705 upon the following grounds:

- The plaintiffs initiated this action against the defendant April Lewis on June 24, 2005.

- The defendant filed an answer and counterclaim on July 26, 2005.

164431.1

- The defendant has agreed to allow the plaintiffs 30 days to file their answer to the defendant's counterclaim.

- The parties to this action have been attempting to resolve this matter without further litigation and are presently involved in settlement discussions. The parties are optimistic that the disputes will be resolved in the coming weeks. Allowing the plaintiffs an additional 30 days to file their answer to the defendant's counterclaim and staying these proceedings for 30 days or in the alternative, adjusting all deadlines governing these proceedings ahead 30 days and resetting the past deadlines for disclosures under Fed. R. Civ. P. 702, 703, and 705 will give the parties additional time to work towards this goal.

WHEREFORE, PREMISES CONSIDERED, the parties to the above-styled action respectfully request that this Court enter an Order granting the plaintiffs 30 days to file their answer to the defendant's counterclaim and staying these proceedings for 30 days or in the alternative, adjusting all deadlines governing these proceedings ahead 30 days and resetting the past deadlines for disclosures under Fed. R. Civ. P. 702, 703, and 705.

Respectfully submitted this 13th day of January 2006.

/s Kelly F. Pate
Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Attorneys for Plaintiffs Capitol Records, Inc., et al.
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549

/s W. Terry Bullard
Attorney for Defendant April Lewis
W. Terry Bullard (BUL007)
Attorney for the Defendant April Lewis
P.O. Box 398
Dothan, Alabama 36302