IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., ) <br> a Delaware Corporation, ) <br> et al., ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> APRIL LEWIS, ) <br> ) <br>    Defendant. ) | CIVIL ACTION NO. <br> 1:05cv596-MHT |

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 24) is denied.  The court has already granted a sufficient number of extensions.

DONE, this the 25th day of January, 2006.

       /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**