IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation, <br><br> PLAINTIFFS, <br><br> VS. <br><br> APRIL LEWIS, <br><br> DEFENDANT. | CASE NO: 1:05CV596-B |

## MOTION TO DISMISS COUNTERCLAIM

COMES NOW, the Defendant in the above styled cause and moves this Honorable Court to dismiss her Counter Claim without prejudice and as grounds therefore states:

1.   The Defendant does not wish to pursue this matter.

WHEREFORE, PREMISE CONSIDERED, the Defendant would pray this Honorable Court to Dismiss her Counter Claim in the above styled cause without prejudice.

Respectfully submitted this the 27th day of January, 2006.

/s/ W. Terry Bullard
W. TERRY BULLARD (BUL007)
Attorney for Defendant/Counter Claimant
PO Box 398
Dothan, Alabama 36302
(334) 793-5665

### CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of the foregoing upon the Honorable Leslie E. Williams and the Honorable Dorman Walker, Post Office Box 78 (36101), Montgomery, Alabama 36104, by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid, this the 27th day of January, 2006.

/s/ W. Terry Bullard
OF COUNSEL