IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELECKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>APRIL LEWIS,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:05cv596 |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS COUNTERCLAIM

Plaintiffs file this response to Defendant's motion to dismiss its counterclaim against Plaintiffs. Plaintiffs do not oppose Defendant's motion.

WHEREFORE Defendants respectfully request that this Court grant Defendant's Motion to Dismiss Counterclaim filed on January 27, 2006.

Respectfully submitted this 31st day of January 2006.

164926.1

/s Kelly F. Pate
Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Attorneys for Plaintiffs Capitol Records, Inc., et al.
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 31st day of January, 2006:

W. Terry Bullard
Attorney for the Defendant April Lewis
P.O. Box 398
Dothan, Alabama 36302

          Respectfully submitted,

          /s Kelly F. Pate
          One of the Attorneys for Plaintiffs Capitol Records, Inc., et al.