IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CAPITOL RECORDS, INC.,         )
a Delaware Corporation,        )
et al.,                        )
                               )
     Plaintiffs,               )
                               )     CIVIL ACTION NO.
     v.                        )       1:05cv596-MHT
                               )
APRIL LEWIS,                   )
                               )
     Defendant.                )
```

ORDER

It is ORDERED that the motion to dismiss counterclaim (Doc. No. 26) is granted and said counterclaim is dismissed without prejudice. The court assumes that the non-movants have no objection to the allowance of the dismissal; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 1st day of February, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**