IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CAPITOL RECORDS, INC.**, a Delaware corporation; **BMG MUSIC**, a New York general partnership; **ATLANTIC RECORDING CORPORATION**, a Delaware corporation; **ARISTA RECORDS LLC**, a Delaware limited liability company; **ELECKTRA ENTERTAINMENT GROUP INC.**, a Delaware corporation; **SONY BMG MUSIC ENTERTAINMENT**, a Delaware general partnership; and **UMG RECORDINGS, INC.**, a Delaware corporation, <br><br>    **Plaintiffs,**<br><br>v.<br><br>**APRIL LEWIS,**<br><br>    **Defendant.** | **CIVIL ACTION NO.**<br>**1:05cv596-MHT** |

### JOINT MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE

The parties in this matter respectfully submit this joint motion to extend the dispositive motion deadline for 30 days upon the following grounds:

The Court may modify its Scheduling Order pursuant to Federal Rules of Civil Procedure 16(b) for good cause. The parties submit that the following assertions establish good cause for their requested extension.

- The Plaintiffs initiated this action against the Defendant April Lewis on June 24, 2005.

- The Defendant filed an answer and counterclaim on July 26, 2005.

167905.1

- The counterclaim was dismissed on Defendant's motion by this Court's Order on February 1, 2006.

- Defendant dismissed the counterclaim because the parties were engaged in active settlement negotiations.

- The parties to this action have been actively engaged in settlement discussions since that time and are presently attempting to finalize the particulars of their oral settlement agreement with a formal writing.

- Extending the dispositive motion deadline 30 days will give the parties additional time to finalize their settlement discussions.

- This is the Parties' first request for an extension of the dispositive motion deadline. Extending this deadline will not affect any other currently set deadlines in this matter.

WHEREFORE, PREMISES CONSIDERED, the parties to the above-styled action respectfully request that this Court enter an Order extending the dispositive motion deadline 30 days.

Respectfully submitted this 5th day of May 2006.

s/Kelly F. Pate
Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Attorneys for Plaintiffs Capitol Records, Inc., et al.
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549

s/W. Terry Bullard
Attorney for Defendant April Lewis
W. Terry Bullard (BUL007)
Attorney for the Defendant April Lewis
P.O. Box 398
Dothan, Alabama 36302

167905.1

167905.1