IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CAPITOL RECORDS, INC.,       )
a Delaware Corporation,      )
et al.,                      )
                             )
    Plaintiffs,              )
                             )   CIVIL ACTION NO.
    v.                       )      1:05cv596-MHT
                             )
APRIL LEWIS,                 )
                             )
    Defendant.               )
```

                                     **ORDER**

It is ORDERED that the joint motion for extension (Doc. No. 30) is denied.

DONE, this the 16th day of May, 2006.

                                    /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**