IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELECKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>APRIL LEWIS,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:05cv596-MHT |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties to this case, Plaintiffs Capitol Records, Inc. et al. and Defendant April Lewis acting under the authority of Fed. Civ. P. 41(a)(1)(ii), jointly stipulate to the dismissal without prejudice of this case, with each party to bear her or its own costs, expenses, and fees.

Respectfully submitted on this the 25th day of May, 2006.

s/ Kelly F. Pate
One of the Attorneys for Plaintiffs, Capitol Records, Inc., et al.

Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Attorneys for Plaintiffs Capitol Records, Inc., et al.
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549

168421.1

        s/ W. Terry Bullard
        Attorney for Defendant April Lewis
        W. Terry Bullard (BUL007)
        Attorney for the Defendant April Lewis
        P.O. Box 398
        Dothan, Alabama 36302