IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CAPITOL RECORDS, INC.,      )
a Delaware Corporation,     )
et al.,                     )
                            )
     Plaintiffs,            )
                            )     CIVIL ACTION NO.
     v.                     )     1:05cv596-MHT
                            )          (WO)
APRIL LEWIS,                )
                            )
     Defendant.             )
```

### JUDGMENT

Pursuant to the joint stipulation for dismissal without prejudice (doc. no. 32), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice, with the parties to bear their own costs, expenses, and fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of May, 2006.

                 /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE